**Fill in this information to identify the case:**

Debtor name **Mack Industries, LTD**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **17-09308**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | | $125.52 |
| 3.2. | **Amalgamated Bank-MINV** | **Checking** | | $952.43 |
| 3.3. | **First Bank of Highland Park** | **Checking** | | $433.53 |
| 3.4. | **First Community - MACK II-Rehab Costs** | **Checking** | | $0.00 |
| 3.5. | **First Community - Acquisition** | **Checking** | 0983 | $3,362.04 |
| 3.6. | **First Community - MACK Escrow EM** | **Checking** | | $11,343.23 |
| 3.7. | **First Community - MINV I** | **Checking** | 1734 | $20.09 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Mack Industries, LTD**                                    Case number *(if known)* **17-09308**
         Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **First Community - CD** | CD | 0130 | $195,397.42 |
| 3.9. | **First Community Investors** | Checking | 4388 | $0.00 |
| 3.10. | **First Community Operating** | Checking | 6212 | $7,645.00 |
| 3.11. | **First Secure Communitty Bank** | Checking | | $10.50 |
| 3.12. | **Iroquois Federal** | Checking | | $23,927.73 |
| 3.13. | **Marquette Bank** | Checking | | $1,775.70 |
| 3.14. | **MB Financial Bank - MACK V** | Checking | | $683.29 |
| 3.15. | **Metropolitan Capital Bank** | Checking | | $6.29 |
| 3.16. | **Midland States Bank** | Checking | | $1,312.02 |
| 3.17. | **Old Second Bank** | Checking | 2583 | $3,708.74 |
| 3.18. | **Old Second Bank** | Checking | 3554 | $30,374.00 |
| 3.19. | **Rebulic Bank** | Checking | | $100.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $281,177.53

Part 2:    **Deposits and Prepayments**

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 2

| Debtor | **Mack Industries, LTD** | Case number *(If known)* **17-09308** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Win Server 2012 R2, QB Server Lincense | $0.00 | Recent cost | $4,650.49 |
| | Service Copier | Unknown | Liquidation | $1,612.50 |
| | **Five computers, six monitors, computer equipment, four laptops, two projectors, HVAC, blinds and two GE SEP, LC connectors** <br> SX Tranceivers | Unknown | Liquidation | $18,767.68 |
| | Shop Computer Scanner w/vehicle hookup | Unknown | Liquidation | $1,610.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Mack Industries, LTD** | Case number *(If known)* **17-09308** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$26,640.67

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1993 Chevy GMT - 400** | Unknown | **Recent cost** | $5,000.00 |
| 47.2.  **1996 GMC Pick-up Truck** | Unknown | **Recent cost** | $2,500.00 |
| 47.3.  **2000 Chevy Silverado - Silver** | Unknown | **Recent cost** | $8,500.00 |
| 47.4.  **2000 GMC Sierra Pickup** | Unknown | **Recent cost** | $4,000.00 |
| 47.5.  **2001 Dodge Ram 3500** | Unknown | **Recent cost** | $15,800.00 |
| 47.6.  **2000 International Bucket Truck** | Unknown | **Recent cost** | $15,500.00 |
| 47.7.  **2006 Chevy Silverado** | Unknown | **Recent cost** | $4,250.00 |
| 47.8.  **2007 Red Chevy Landscape Truck** | Unknown | **Recent cost** | $16,000.00 |
| 47.9.  **1972 Dump Truck** | Unknown | **Recent cost** | $5,500.00 |
| 47.10  **1998 White Van** | Unknown | | $8,500.00 |
| 47.11  **1992 Freightliner FL 80 Cab** | Unknown | **Recent cost** | $16,622.50 |

Debtor    **Mack Industries, LTD**                                          Case number *(If known)* **17-09308**
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 47.12. | **2003 Isuzu Box Truck** | | Unknown | **Recent cost** | $16,000.00 |
| 47.13. | **2007 Ford Dump Truck** | | Unknown | **Recent cost** | $7,500.00 |
| 47.14. | **1999 Ford Ecoline** | | Unknown | **Recent cost** | $3,700.00 |
| 47.15. | **2001 Dodge Ram Van** | | Unknown | **Recent cost** | $3,800.00 |
| 47.16. | **2002 GMC Dump Truck** | | Unknown | **Recent cost** | $5,500.00 |
| 47.17. | **2002 Silverado Pick-up** | | Unknown | **Recent cost** | $5,000.00 |
| 47.18. | **Tow Truck** | | Unknown | **Recent cost** | $8,400.00 |
| 47.19. | **1996 Chevy Corsica** | | Unknown | **Recent cost** | $23,357.36 |
| 47.20. | **2004 Ford 180 Heritage** | | Unknown | **Recent cost** | $7,749.08 |
| 47.21. | **2008 Ford 150 Supercab** | | Unknown | **Recent cost** | $23,635.78 |
| 47.22. | **Snowplow** | | Unknown | **Recent cost** | $2,000.00 |
| 47.23. | **2001 Tan Chevy S10** | | $6,500.00 | **Recent cost** | $6,500.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

51.     **Total of Part 8.**                                                                          $215,314.72
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | **Mack Industries, LTD** | Case number *(If known)* **17-09308** |
|---|---|---|
| | Name | |

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2008-2010 West Warren Blvd, Chicago, Illinois - Commercial** | | $0.00 | | $950,000.00 |
| 55.2. **16800 Oak Park Avenue, Tinley Park, Illinois - Commercial** | | $0.00 | | $450,000.00 |
| 55.3. **11-13 West 144th Street, Riverdale, Illinois - Commercial** | | $0.00 | | $190,000.00 |
| 55.4. **16816 Oak Park Avenue, Tinley Park, Illinois - Commercial** | | $0.00 | | $250,000.00 |
| 55.5. **244 East 138th Street, Riverdale, Illinois - Commercial** | | $0.00 | | $395,000.00 |
| 55.6. **4 Alexander Court, Bolingbrook, Illinois - Employee Option** | | $0.00 | | $350,000.00 |
| 55.7. **18610 Maple Avenue, Country Club Hills, Illinois - Employee Option** | | $0.00 | | $260,000.00 |
| 55.8. **6800 Indiana Avenue, Chicagi, Illinois - Employee Option** | | $0.00 | | $450,000.00 |
| 55.9. **17669 Peacock Lane, Tinley Park, Illinois - Estate** | | $0.00 | | $260,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Mack Industries, LTD**                                Case number *(If known)*  **17-09308**
Name

| | | | | |
|---|---|---|---|---|
| 55.10. | **3304 Calwagner Street, Franklin Park, Illinois - Estate - Sold** | | $0.00 | $247,500.00 |
| 55.11. | **1182 South Lyman Avenue, Oak Park, Illinois - Estate - Sold** | | $0.00 | $230,000.00 |
| 55.12. | **2029 North Kenneth Avenue, Chicago, Illinois -Estate** | | $0.00 | $245,000.00 |
| 55.13. | **10953 South Troy Street, Chicago, Illinois - Estate** | | $0.00 | $275,000.00 |
| 55.14. | **9544 Moody, Oak Lawn, Illinois - Estate** | | $0.00 | $215,000.00 |
| 55.15. | **832 Stonegate, New Lenox, Illinois 60451 - Estate - Sold** | | $0.00 | $229,000.00 |
| 55.16. | **17759, 17801, 17803, 17807, 17811, 17847, 17851 Bretz Drive, Homewood, Illinois**<br><br>**These properties are all collateralized by one Rebulic Bank Loan with a balance of $746,250.00** | **Equitable interest** | $0.00    **Comparable sale** | $1,165,000.00 |
| 55.17. | **327 Royal Oaks Drive, Steger, Illinois - Employee Option** | | $0.00 | $250,000.00 |
| 55.18. | **1516 Broadway Street, Blue Island, Illinois - Estate** | | $0.00 | $195,000.00 |
| 55.19. | **5235 Diane Court, Oak Forest, Illinois - Estate - Sold** | | $0.00 | $284,900.00 |
| 55.20. | **6619 South Ellis Avenue, Chicago, Illinois - Estate** | | $0.00 | $200,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
                                                                                Best Case Bankruptcy

| Debtor | **Mack Industries, LTD** | | Case number *(If known)* **17-09308** | |
|---|---|---|---|---|
| | Name | | | |

| 55.21. | **4726 West Patterson Avenue, Chicago, Illinois** | | $0.00 | | $350,000.00 |
|---|---|---|---|---|---|
| 55.22. | **17431 Community Street, Lansing, Illinois - Investor - Pending** | | $0.00 | | $110,000.00 |
| 55.23. | **14741 Ellis Avenue, Dolton, Illinois - Investor - Seller Financed** | | $0.00 | | $95,000.00 |
| 55.24. | **17661 Pheasant, Lane, Country Club Hills, Illinois - Investor - Seller Financed** | | $0.00 | | $130,000.00 |
| 55.25. | **17113 Locust Drive, Hazel Crest, Illinois - Investor - Seller Financed** | | $0.00 | | $138,000.00 |
| 55.26. | **17 South Spruce Lane, Glenwood, Illinois - Investore - Seller Financed** | | $0.00 | | $88,000.00 |
| 55.27. | **13 East 140th Street, Riverdale, Illinois - Investor - Seller Financed** | | $0.00 | | $105,000.00 |
| 55.28. | **101 South Wabash Avenue, Glenwood, Illinois - Investor - Seller Financed** | | $0.00 | | $140,000.00 |
| 55.29. | **19000 Hamlin Avenue, Flossmore, Illinois - Investor - Sold** | | $0.00 | | $150,000.00 |
| 55.30. | **1000 Eagle Point Drive, Matteson, Illinois - Lot** | | Unknown | Recent cost | $10,000.00 |
| 55.31. | **1005 Eagle Point Drive, Matteson, Illinois - Lot** | | $0.00 | | $10,000.00 |

| Debtor | **Mack Industries, LTD** | | Case number *(if known)* **17-09308** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.32 | **1009 Eagle Point Drive, Matteson, Illinois - Lot** | | $0.00 | $10,000.00 |
| 55.33 | **1013 Eagle Point Drive, Matteson, Illinois - Lot** | | $0.00 | $10,000.00 |
| 55.34 | **1401 Broadway Street, Blue Island, Illinois - Lot** | | $0.00 | $10,000.00 |
| 55.35 | **6209 Great Plains Avenue, Matteson, Illinois - Lot** | | $0.00 | $10,000.00 |
| 55.36 | **6213 Great Plains Avenue, Matteson, Illinois - Lot** | | $0.00 | $10,000.00 |
| 55.37 | **6217 Great Plains Avenue, Matteson, Illinois - Lot** | | $0.00 | $10,000.00 |
| 55.38 | **6220 Great Plains Avenue, Matteson, Illinois - Lot** | | $0.00 | $10,000.00 |
| 55.39 | **6221 Great Plains Avenue, Mattson, Illinois - Lot** | | $0.00 | $10,000.00 |
| 55.40 | **430 Prairie Avenue, Calument City, Illinois - Mack - Hold** | | $0.00 | $120,000.00 |
| 55.41 | **449 Campbell Avenue, Calumet City, Illinois - Mack - Hold** | | $0.00 | $120,000.00 |
| 55.42 | **526 Illinois Avenue, Glenwood, Illinois - Mack - Hold** | | $0.00 | $125,000.00 |
| 55.43 | **15130 Jeffery, Dolton, Illinois - Mack - Hold** | | $0.00 | $110,000.00 |

Debtor    **Mack Industries, LTD**                              Case number *(If known)* **17-09308**
_____
Name

| | | | |
|---|---|---|---|
| 55.44 | **2640 1st Private Road, Flossmoor, Illinois - Mack - Hold** | $0.00 | $225,000.00 |
| 55.45 | **4910 Bay View Drive, Richton Park, Illinos - Mack - Hold** | $0.00 | $215,000.00 |
| 55.46 | **4625 189th Street, Country Club Hills, Illinois - Mack - Hold** | $0.00 | $130,000.00 |
| 55.47 | **228 East 140th Place, Dolton, Illinois - Mack - Hold** | $0.00 | $90,000.00 |
| 55.48 | **1020 East 153rd Street, South Holland, Illinois - Mack - Hold** | $0.00 | $140,000.00 |
| 55.49 | **1014 Eagle Point Drive, Matteson, Illinois - Mack - Hold** | $0.00 | $200,000.00 |
| 55.50 | **18900 East Oakwood Court, Country Club Hills, Illinois - Mack - Hold** | $0.00 | $130,000.00 |
| 55.51 | **18921 Willow Avenue, Country Club Hills, Illinois - Mack - Hold** | $0.00 | $130,000.00 |
| 55.52 | **2824 186th Street, Lansing, Illinois** | $0.00 | $135,000.00 |
| 55.53 | **16326 Shawnee, Lockport, Illinois - Mack - Hold** | $0.00 | $285,000.00 |
| 55.54 | **7375 Yourktown, Frankfort, Illinois - Mack - Hold** | $0.00 | $275,000.00 |
| 55.55 | **317 East Hirsch Avenue, Northlake, Illinois - Mack - Hold** | $0.00 | $150,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Mack Industries, LTD** | | Case number *(if known)*  **17-09308** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.56 | **18340 Mulberry Terrace, Country Club, Illinois - Mack - Hold** | | **$0.00** | | **$130,000.00** |
| 55.57 | **370 Mackinaw Avenue, Calumet City, Illinois** | | **$0.00** | | **$100,000.00** |
| 55.58 | **15820 South Park Avenue, South Holland, Illinois - Mack - Hold** | | **$0.00** | | **$140,000.00** |

**56.** **Total of Part 9.** | **$11,447,400.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Mack Industries, LTD** | Case number *(If known)* **17-09308** |
|--------|--------------------------|---------------------------------------|
|        | Name                     |                                       |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $281,177.53 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,640.67 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $215,314.72 | |
| 88.  **Real property.** *Copy line 56, Part 9*....................................................................> | | $11,447,400.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.*  + | $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $523,132.92  + 91b. | $11,447,400.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,970,532.92 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Mack Industries, LTD**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **17-09308**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

| 2.1 | **Algamated Bank** | Describe debtor's property that is subject to a lien | $156,000.00 | $190,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**

Creditor's mailing address

**11-13 West 144th Street, Riverdale, Illinois - Commercial**

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Algamated Bank** | Describe debtor's property that is subject to a lien | $220,000.00 | $247,500.00 |
|---|---|---|---|---|

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**

Creditor's mailing address

**3304 Calwagner Street, Franklin Park, Illinois - Estate - Sold**

Describe the lien

**First Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2015**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Debtor    **Mack Industries, LTD**    Case number (if known)    **17-09308**
_____    
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Algamated Bank** | Describe debtor's property that is subject to a lien | **$232,500.00** | **$230,000.00** |

Creditor's Name

**1182 South Lyman Avenue, Oak Park, Illinois - Estate - Sold**

**1 Monroe Street**
**Chicago, IL 60602**

Creditor's mailing address

Describe the lien

**First Mortgage**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Algamated Bank** | Describe debtor's property that is subject to a lien | **$248,000.00** | **$245,000.00** |

Creditor's Name

**2029 North Kenneth Avenue, Chicago, Illinois -Estate**

**1 Monroe Street**
**Chicago, IL 60602**

Creditor's mailing address

Describe the lien

**First Mortgage**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2016**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Algamated Bank** | Describe debtor's property that is subject to a lien | **$254,400.00** | **$275,000.00** |

Creditor's Name

**10953 South Troy Street, Chicago, Illinois - Estate**

**1 Monroe Street**
**Chicago, IL 60602**

Creditor's mailing address

Describe the lien

**First Mortgage**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

---

Official Form 206D    **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**    page  2 of 20

Debtor    **Mack Industries, LTD**                                    Case number (if know)    **17-09308**
_____
Name

| | |
|---|---|
| **Date debt was incurred**<br>**2016**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Algamated Bank**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**9544 Moody, Oak Lawn, Illinois - Estate** | **$185,600.00** | **$215,000.00** |
|---|---|---|---|---|

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address

**Describe the lien**
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Algamated Bank**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**832 Stonegate, New Lenox, Illinois 60451 - Estate - Sold** | **$184,800.00** | **$229,000.00** |
|---|---|---|---|---|

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address

**Describe the lien**
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Amalgamated Bank** | **Describe debtor's property that is subject to a lien** | **$168,000.00** | **$250,000.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Mack Industries, LTD**
_____    Case number (if know)    **17-09308**
Name

Creditor's Name    **16816 Oak Park Avenue, Tinley Park, Illinois -**
**Commercial**

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address    **Describe the lien**
**Mortgage**
Is the creditor an insider or related party?

■ No
Creditor's email address, if known    ☐ Yes
Is anyone else liable on this claim?

■ No
**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2016**
Last 4 digits of account number

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.9 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $240,000.00 | $395,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name    **244 East 138th Street, Riverdale, Illinois -**
**Commercial**

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address    **Describe the lien**
**Mortgage**
Is the creditor an insider or related party?

■ No
Creditor's email address, if known    ☐ Yes
Is anyone else liable on this claim?

■ No
**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2916**
Last 4 digits of account number

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.10 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $208,000.00 | $260,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name    **17669 Peacock Lane, Tinley Park, Illinois -**
**Estate**

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address    **Describe the lien**
**First Mortgage**
Is the creditor an insider or related party?

■ No
Creditor's email address, if known    ☐ Yes
Is anyone else liable on this claim?

■ No
**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2016**
Last 4 digits of account number

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Mack Industries, LTD**
_____
Name

Case number (if know)   **17-09308**
_____

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | **$178,107.03** | **$250,000.00** |

**Amalgamated Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**327 Royal Oaks Drive, Steger, Illinois -
Employee Option**

**1 Monroe Street
Chicago, IL 60602**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | **$152,000.00** | **$195,000.00** |

**Amalgamated Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**1516 Broadway Street, Blue Island, Illinois -
Estate**

**1 Monroe Street
Chicago, IL 60602**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | **$320,000.00** | **$350,000.00** |

**Amalgamated Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**4726 West Patterson Avenue, Chicago,
Illinois**

**1 Monroe Street
Chicago, IL 60602**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Mack Industries, LTD**                                    Case number (if know)    **17-09308**
_____
Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.14 | | | | |
|---|---|---|---|---|
| **Amalgamated Bank** | Describe debtor's property that is subject to a lien | | $93,750.00 | $95,000.00 |
| Creditor's Name | **14741 Ellis Avenue, Dolton, Illinois - Investor - Seller Financed** | | | |
| **1 Monroe Street** **Chicago, IL 60602** | | | | |
| Creditor's mailing address | **Describe the lien** | | | |
| | **Is the creditor an insider or related party?** | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| ■ No | ☐ Contingent | | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

---

| 2.15 | | | | |
|---|---|---|---|---|
| **Amalgamated Bank** | Describe debtor's property that is subject to a lien | | $76,500.00 | $130,000.00 |
| Creditor's Name | **17661 Pheasant, Lane, Country Club Hills, Illinois - Investor - Seller Financed** | | | |
| **1 Monroe Street** **Chicago, IL 60602** | | | | |
| Creditor's mailing address | **Describe the lien** | | | |
| | **Is the creditor an insider or related party?** | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| ■ No | ☐ Contingent | | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

---

Debtor   **Mack Industries, LTD**                                    Case number (if know)   **17-09308**
         Name

---

| 2.1 6 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $86,385.34 | $138,000.00 |

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**

Creditor's mailing address

**17113 Locust Drive, Hazel Crest, Illinois -
Investor - Seller Financed**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $84,295.37 | $88,000.00 |

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**

Creditor's mailing address

**17 South Spruce Lane, Glenwood, Illinois -
Investore - Seller Financed**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $75,000.00 | $105,000.00 |

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**

Creditor's mailing address

**13 East 140th Street, Riverdale, Illinois -
Investor - Seller Financed**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **Mack Industries, LTD**
_____    Case number (if know)    **17-09308**
Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 9 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $122,400.00 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**

Creditor's mailing address

**19000 Hamlin Avenue, Flossmore, Illinois - Investor - Sold**

Describe the lien

_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 0 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $134,000.00 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**

Creditor's mailing address

**430 Prairie Avenue, Calument City, Illinois - Mack - Hold**

Describe the lien

_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $118,400.00 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**

**449 Campbell Avenue, Calumet City, Illinois - Mack - Hold**

Debtor  **Mack Industries, LTD**                                 Case number (if know)  **17-09308**
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Amalgamated Bank** | **Describe debtor's property that is subject to a lien** | $88,000.00 | $110,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **15130 Jeffery, Dolton, Illinois - Mack - Hold** | | |

**1 Monroe Street
Chicago, IL 60602**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Amalgamated Bank** | **Describe debtor's property that is subject to a lien** | $198,750.00 | $225,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2640 1st Private Road, Flossmoor, Illinois - Mack - Hold** | | |

**1 Monroe Street
Chicago, IL 60602**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Mack Industries, LTD**
_____
Name

Case number (if know)   **17-09308**
_____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Amalgamated Bank** | | | $124,000.00 | $140,000.00 |

**Amalgamated Bank**
Creditor's Name

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**1020 East 153rd Street, South Holland, Illinois
- Mack - Hold**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Amalgamated Bank** | | | $164,000.00 | $200,000.00 |

**Amalgamated Bank**
Creditor's Name

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**1014 Eagle Point Drive, Matteson, Illinois -
Mack - Hold**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Amalgamated Bank** | | | $108,000.00 | $130,000.00 |

**Amalgamated Bank**
Creditor's Name

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**18921 Willow Avenue, Country Club Hills,
Illinois - Mack - Hold**

**Describe the lien**

---

Debtor    **Mack Industries, LTD**                                    Case number (if known)  **17-09308**
Name

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred                       ■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?          Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.2 7 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $87,299.72 | $135,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**          **2824 186th Street, Lansing, Illinois**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
Creditor's email address, if known          ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred                       ■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?          Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.2 8 | **Amalgamated Bank** | Describe debtor's property that is subject to a lien | $240,000.00 | $275,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Monroe Street
Chicago, IL 60602**          **7375 Yourktown, Frankfort, Illinois - Mack -
Hold**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
Creditor's email address, if known          ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred                       ■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?          Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 11 of 20

| Debtor | **Mack Industries, LTD** | | Case number (if known) | **17-09308** |
|---|---|---|---|---|
| | Name | | | |

---

**2.29**

**Amalgamated Bank**
Creditor's Name

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**317 East Hirsch Avenue, Northlake, Illinois - Mack - Hold**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$161,250.00    $150,000.00

---

**2.30**

**Amalgamated Bank**
Creditor's Name

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**370 Mackinaw Avenue, Calumet City, Illinois**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$104,000.00    $100,000.00

---

**2.31**

**Amalgamated Bank**
Creditor's Name

**1 Monroe Street**
**Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**15820 South Park Avenue, South Holland, Illinois - Mack - Hold**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$129,600.00    $140,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 20

Debtor    **Mack Industries, LTD**
_____
Name

Case number (if know)    **17-09308**

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 2 | **Highland Park Bank and Trust** | Describe debtor's property that is subject to a lien | $80,764.36 | $90,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **228 East 140th Place, Dolton, Illinois - Mack - Hold** | | |

**1949 St. Johns Avenue**
**Highland Park, IL 60035**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 3 | **Marquette Bank** | Describe debtor's property that is subject to a lien | $261,238.64 | $285,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **16326 Shawnee, Lockport, Illinois - Mack - Hold** | | |

**2570 East lincoln Hwy**
**New Lenox, IL 60451**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 4 | **Midland State Bank** | Describe debtor's property that is subject to a lien | $224,000.00 | $284,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **5235 Diane Court, Oak Forest, Illinois - Estate - Sold** | | |

**18249 Briggs Street**
**Joliet, IL 60432**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor   **Mack Industries, LTD**                                    Case number (if know)   **17-09308**
_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Midland State Bank** | **Describe debtor's property that is subject to a lien** | $156,000.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 6619 South Ellis Avenue, Chicago, Illinois - Estate | | |

**18249 Briggs Street
Joliet, IL 60432**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Midland State Bank** | **Describe debtor's property that is subject to a lien** | $120,000.00 | $130,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 18340 Mulberry Terrace, Country Club, Illinois - Mack - Hold | | |

**18249 Briggs Street
Joliet, IL 60432**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Mack Industries, LTD**
Name

Case number (if know)    **17-09308**

�} ☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Midland State Bank** | Describe debtor's property that is subject to a lien | $96,000.00 | $140,000.00 |

| 2.3<br>7 | | |
|---|---|---|
| **Midland State Bank** | Describe debtor's property that is subject to a lien | |
| Creditor's Name | **101 South Wabash Avenue, Glenwood, Illinois - Investor - Seller Financed** | |

**18249 Briggs Street**
**Joliet, IL 60432**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
�} No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
�} No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3<br>8 | **Old Second Bank** | Describe debtor's property that is subject to a lien | $308,950.25 | $450,000.00 |

Creditor's Name
**333 W. Wacker Drive**
**Suite 710**
**Chicago, IL 60606**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**16800 Oak Park Avenue, Tinley Park, Illinois - Commercial**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2916**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
�} No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3<br>9 | **Republic Bank** | Describe debtor's property that is subject to a lien | $291,878.62 | $450,000.00 |

Creditor's Name
**120 W. Madison**
**Suite 200**
**Chicago, IL 60602**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**6800 Indiana Avenue, Chicagi, Illinois - Employee Option**

Describe the lien
**First Mortgage**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 15 of 20

Debtor    **Mack Industries, LTD**                                    Case number (if known)    **17-09308**
Name

|  | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.40 | **Republic Bank** | Describe debtor's property that is subject to a lien | $746,250.00 | $1,165,000.00 |
|---|---|---|---|---|

Creditor's Name

**17759 Bretz Drive, Homewood, IL**
**17801 Bretz Drive, Homewood, IL**
**17803 Bretz Drive, Homewood, IL**
**17807 Bretz Drive, Homewood, IL**
**17811 Bretz Drive, Homewood, IL**
**17847 Bretz Drive, Homewood, IL**
**17852 Bretz Drive, Homewood, IL**

**120 W. Madison**
**Chicago, IL 60602**
Creditor's mailing address

Describe the lien
**First Mortgage**

| | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.41 | **StanCorp Mortgage Services** | Describe debtor's property that is subject to a lien | $359,672.87 | $560,000.00 |
|---|---|---|---|---|

Creditor's Name
**19225 Northwest Tannasbourne Drive**
**Hillsboro, OR 97124**
Creditor's mailing address

**1620 West Warren Blvd, Chicago, Illinois - Commercial**

Describe the lien
**First Mortgage**

| | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Mack Industries, LTD**
Name

Case number (if know)    **17-09308**

�black No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **StanCorp Mortgage Services** | | | $719,415.58 | $950,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**19225 Northwest Tannasbourne Drive Hillsboro, OR 97124**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2008-2010 West Warren Blvd, Chicago, Illinois - Commercial**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2015**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **Talmer** | | | $160,000.00 | $260,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**333 W. Wacker Drive Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**18610 Maple Avenue, Country Club Hills, Illinois - Employee Option**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **Talmer Bank and Trust** | | | $270,000.00 | $350,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**333 West Wacker Drive Suite 710 Chicago, IL 60606**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**4 Alexander Court, Bolingbrook, Illinois - Employee Option**

Describe the lien
**First Mortgage**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Mack Industries, LTD**                                              Case number (if know)    **17-09308**
　　　　Name

|  | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred**<br>**2016**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 5 | **Talmer Bank and Trust**<br>Creditor's Name<br>**333 West Wacker Drive**<br>**Suite 710**<br>**Chicago, IL 60606**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**17431 Community Street, Lansing, Illinois -**<br>**Investor - Pending**<br><br>Describe the lien | $101,250.00 | $110,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 6 | **Talmer Bank and Trust**<br>Creditor's Name<br>**333 West Wacker Drive**<br>**Suite 710**<br>**Chicago, IL 60606**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**526 Illinois Avenue, Glenwood, Illinois - Mack**<br>**- Hold**<br><br>Describe the lien | $108,750.00 | $125,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 18 of 20

Debtor    **Mack Industries, LTD**                                    Case number (if known)    **17-09308**
           Name

---

| 2.4 7 | **Talmer Bank and Trust** | Describe debtor's property that is subject to a lien | $161,250.00 | $215,000.00 |
|---|---|---|---|---|

Creditor's Name

**333 West Wacker Drive
Suite 710
Chicago, IL 60606**
Creditor's mailing address

4910 Bay View Drive, Richton Park, Illinos -
Mack - Hold

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Talmer Bank and Trust** | Describe debtor's property that is subject to a lien | $100,500.00 | $130,000.00 |
|---|---|---|---|---|

Creditor's Name

**333 West Wacker Drive
Suite 710
Chicago, IL 60606**
Creditor's mailing address

4625 189th Street, Country Club Hills, Illinois -
Mack - Hold

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | **Talmer Bank and Trust** | Describe debtor's property that is subject to a lien | $101,250.00 | $130,000.00 |
|---|---|---|---|---|

Creditor's Name

**333 West Wacker Drive
Suite 710
Chicago, IL 60606**
Creditor's mailing address

18900 East Oakwood Court, Country Club
Hills, Illinois - Mack - Hold

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 19 of 20

Debtor    **Mack Industries, LTD**
Name

Case number (if known)    **17-09308**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$9,310,207.78**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 20 of 20

**Fill in this information to identify the case:**

Debtor name    **Mack Industries, LTD**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **17-09308**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ABC Supply Co.**<br>**15631 Collection Center**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred   **2016**<br>Last 4 digits of account number   **A616** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Building Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$113,568.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Accident Insurance Co.**<br>**Dept. 104**<br>**PO Box 2252**<br>**Birmingham, AL 35246**<br><br>Date(s) debt was incurred   **2016**<br>Last 4 digits of account number   ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Insurance Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$347,243.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Alt Luck, Inc.**<br>**10139 Minnick Avenue**<br>**Oak Lawn, IL 60453**<br><br>Date(s) debt was incurred   **2016**<br>Last 4 digits of account number   ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,389.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Amalgamated Bank**<br>**1 Monroe Street**<br>**Chicago, IL 60602**<br><br>Date(s) debt was incurred   **2016**<br>Last 4 digits of account number   ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Unsecured Portion of Mortgages on Various Real Properties Listed on Schedule A**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$84,000.00** |

| Debtor | **Mack Industries, LTD** | | Case number (if known) | **17-09308** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,013.00 |
|---|---|---|---|

**Amari&Locallo**
734 N. Wells Street
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Express**
P.O Box 30384
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000,000.00 |
|---|---|---|---|

**American Residential Leasing Co LLC**
7047 E. Greenway Parkway
Scottsdale, AZ 85254

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2014-2016**

Last 4 digits of account number _

Basis for the claim:  **Pending Lawsuit in State Court for Alleged Breach of Contract; Amount is undeterimed and disputed by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,390,000.00 |
|---|---|---|---|

**Ann McClelland**
15225 Willow Creek Lane
North Aurora, IL 60542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2005-2016**

Last 4 digits of account number  **N/A**

Basis for the claim:  **Loans Made to Mack Industries, Ltd. from personal funds**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,001.18 |
|---|---|---|---|

**Bank of America**
P.O. Box 851001
Dallas, TX 75285-1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,489.00 |
|---|---|---|---|

**Benchmark Financial Group**
1730 Park Street
Suite 214
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428,160.00 |
|---|---|---|---|

**C.E.S**
2136 E Glenwood Dyer Road
Chicago Heights, IL 60411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mack Industries, LTD** | | Case number (if known) | **17-09308** |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**Capital One Commercial/Menards**
PO Box 5219
Carol Stream, IL 60197

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Supplies**

Is the claim subject to offset? ■ No ☐ Yes

$125,912.00

---

**3.13** | Nonpriority creditor's name and mailing address
**Chase INK**
PO BOX 1423
Charlotte, NC 28201-1423

Date(s) debt was incurred  __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

$72,222.54

---

**3.14** | Nonpriority creditor's name and mailing address
**EFS Corporate**

Date(s) debt was incurred  __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.15** | Nonpriority creditor's name and mailing address
**Home Depot Credit Services**
PO Box 9101
Des Moines, IA 50368

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **2188**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Supplies**

Is the claim subject to offset? ■ No ☐ Yes

$17,240.00

---

**3.16** | Nonpriority creditor's name and mailing address
**Home Depot pro Xtra**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

$3,292.70

---

**3.17** | Nonpriority creditor's name and mailing address
**James H. McClelland, Jr.**
111 Ruffled Feathers
Lemont, IL 60439

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan Made to Mack Industries, Ltd. from personal funds**

Is the claim subject to offset? ■ No ☐ Yes

$80,000.00

---

**3.18** | Nonpriority creditor's name and mailing address
**Lowes**
PO Box 530970
Atlanta, GA 30353

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Supplies**

Is the claim subject to offset? ■ No ☐ Yes

$175,249.00

---

| Debtor | **Mack Industries, LTD** | | Case number (if known) | **17-09308** |
|---|---|---|---|---|
| | Name | | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**Mack Services, LLC**
**6820  Centennial Drive**
**Tinley Park, IL 60477**

Date(s) debt was incurred **2015-2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to Mack Industries, Ltd.**

Is the claim subject to offset? ■ No  ☐ Yes

**$64,372.00**

---

**3.20** | Nonpriority creditor's name and mailing address

**Menards**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

**$110,194.92**

---

**3.21** | Nonpriority creditor's name and mailing address

**Midland Federal Savings & Loan**
**15732 South Bell Road**
**Homer Glen, IL 60491**

Date(s) debt was incurred **2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Portion of Mortgage on 1834 Mulberry Terrace, Country Club Hills, IL**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,000.00**

---

**3.22** | Nonpriority creditor's name and mailing address

**Protection  One**
**PO Box 219044**
**Kansas City, MO 64121**

Date(s) debt was incurred **2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

**$65,296.00**

---

**3.23** | Nonpriority creditor's name and mailing address

**Republic Services, Inc.**
**PO Box 9001043**
**Louisville, KY 40290**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

**$45,936.00**

---

**3.24** | Nonpriority creditor's name and mailing address

**Reveliotis Law, P.C.**
**1030 Higgins Road**
**Suite 101**
**Park Ridge, IL 60068**

Date(s) debt was incurred **2015-2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$94,878.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**Sears Commercial Pro**
**PO Box 105525**
**Atlanta, GA 30348**

Date(s) debt was incurred **2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,309.00**

---

| Debtor | **Mack Industries, LTD** | Case number (if known) | **17-09308** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,692.00 |
|---|---|---|---|

**Wells Fargo Financial Leasing**
PO Box 10306
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2016_

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mark Bina, Esq.**<br>**Quarles&Brady LLP**<br>**300 N. LaSalle St., Suite 4000**<br>**Chicago, IL 60654** | Line __3.7__<br><br>☐ Not listed. Explain _____ | __3970__ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,526,457.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,526,457.34 |

---

Fill in this information to identify the case:

Debtor name    **Mack Industries, LTD**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **17-09308**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or          **Est. closing 4/24/17 on**
        lease is for and the nature of      **Residential Property**
        the debtor's interest

        State the term remaining

        List the contract number of any                        **Bry**
        government contract          _____    **19000 Hamlin Avenue**
                                                            **Flossmoor, IL 60422**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Mack Industries, LTD**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __17-09308__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor    Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | James McClelland | 15225 Willow Creek Drive<br>Orland Park, IL 60467<br>Mr. McClelland has personally guaranteed these loans. | Algamated Bank | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |