# EXHIBIT A

# Goldstein & McClintock LLLP                                    INVOICE

111 W. Washington St., Ste. 1221                                Invoice # 4972
Chicago, Illinois 60602                                          Date: 07/26/2017
                                                                 Due On: 08/10/2017

Oak Park Avenue Realty, Ltd.

## Involuntary Bankruptcy

**Services**

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Brian Jackiw | 05/22/2017 | Field calls and respond to e-mails from various investor/clients regarding situation (2.1); conferences with Matt McClintock regarding involuntary (0.4); draft e-mail to large group of investors regarding path forward (0.8); draft charts organizing clients (1.9); | 4.80 | $355.00 | $1,704.00 |
| Brian Jackiw | 05/23/2017 | Begin drafting involuntary bankruptcy documents and determining which documents are required for filing (1.5); review local rules regarding same (0.6); field calls from multiple investors (1.8); draft e-mails to various investors (0.8); | 4.90 | $355.00 | $1,739.50 |
| Sean Williams | 05/23/2017 | Multiple e-mail correspondence with Brian Jackiw and Teresa Gomez regarding preparation of involuntary proceeding, including research regarding involuntary forms | 0.50 | $315.00 | $157.50 |
| Brian Jackiw | 05/24/2017 | Telephone conferences with two investors | 0.80 | $355.00 | $284.00 |
| Brian Jackiw | 05/25/2017 | Conferences with multiple client/investors regarding case, joint defense agreements, engagement letters, and strategy, as well as procedural steps in bankruptcy cases (3.1); respond to e-mails regarding same (0.8); review involuntary documents and begin preparing same (1.5); draft joint defense agreement (2.0) | 7.40 | $355.00 | $2,627.00 |
| Sean Williams | 05/26/2017 | Research regarding involuntary procedure; draft e-mail memorandum to Brian Jackiw regarding same and attaching relevant documents | 1.40 | $315.00 | $441.00 |
| Brian Jackiw | 05/26/2017 | Conferences with investor/clients regarding involuntary filing (2.4); review e-mails to | 4.60 | $355.00 | $1,633.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | investor/clients seeking confirmation on claim amounts (2.2) | | | |
| Brian Jackiw | 05/27/2017 | Address investor/client questions via e-mail | 0.80 | $355.00 | $284.00 |
| Brian Jackiw | 05/28/2017 | Address investor/client questions via e-mail | 0.40 | $355.00 | $142.00 |
| Matthew McClintock | 05/30/2017 | Multiple email correspondence and discussions with investors and review Code provisions and consult and work on issues for filing | 1.40 | $450.00 | $630.00 |
| Eric Hampton | 05/30/2017 | Involuntary Bankruptcy petition emails and docs. | 3.00 | $100.00 | $300.00 |
| Sean Williams | 05/30/2017 | Review e-mail correspondence from Brian Jackiw regarding status of involuntary petition | 0.10 | $315.00 | $31.50 |
| Brian Jackiw | 05/30/2017 | Draft corporate ownership statements (1.5); conferences with investor/clients regarding involuntary filing and corporate ownership (1.1); draft summons and summons service executed (1.1); ensure documentation ready for next day filing (0.8) | 4.50 | $355.00 | $1,597.50 |
| Matthew McClintock | 05/31/2017 | Multiple calls from and with investors concerning involuntary bankruptcy filing and replying to inquiries; conferences with Brian Jackiw concerning issues for same, including relating to supplementing and amending petition (expected to be needed as additional creditors join) | 0.90 | $450.00 | $405.00 |
| Eric Hampton | 05/31/2017 | Begin drafting involuntary bankruptcy petition and filing | 0.50 | $100.00 | $50.00 |
| Eric Hampton | 05/31/2017 | Update filings and joinder. | 0.50 | $100.00 | $50.00 |
| Sean Williams | 05/31/2017 | Prepare and finalize involuntary petition (0.9); request stamped involuntary summons from Clerk of Court (0.7); review and revise summons service executed, ensure correct addresses for all relevant parties (0.4) | 2.00 | $315.00 | $630.00 |
| Brian Jackiw | 05/31/2017 | Teleconference with various investor/clients regarding case, involuntary filing, and joinders (0.9); ensure proper fling of involuntary case (0.5); draft e-mail to various interested parties regarding involuntary filing (0.4); call with Steve Wolfe regarding involuntary filing (0.4) | 2.20 | $355.00 | $781.00 |
| Thomas Fawkes | 05/31/2017 | Conference with Brian Jackiw regarding involuntary bankruptcy filing and joining additional creditors to petition after filing. | 0.20 | $450.00 | $90.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sean Williams | 06/01/2017 | Review and revise joinder in support of involuntary petition (0.9); draft certificate of service related to same (0.2); multiple e-mail correspondence with Brian Jackiw regarding same (0.1) | 1.30 | $315.00 | $409.50 |
| Sean Williams | 06/01/2017 | Correspondence with working group regarding Debtor's consent to voluntary petition (0.1); draft notice of consent (1.1) | 1.20 | $315.00 | $378.00 |
| Brian Jackiw | 06/01/2017 | Engage in various e-mail and telephone conferences with involuntary petitioners related to process, joinders, and outcomes (3.3); attend Mack hearing and conference with Eric Zelazny, counsel for Mack regarding OPA involuntary (0.5); forward consent notice to Zelazny (0.1); review notice of consent (0.2) | 4.10 | $355.00 | $1,455.50 |
| Eric Hampton | 06/02/2017 | Update joinders. | 0.50 | $100.00 | $50.00 |
| Eric Hampton | 06/02/2017 | Update more joinders/creditor information. | 0.40 | $100.00 | $40.00 |
| Brian Jackiw | 06/02/2017 | Review and edit joinder (0.2); telephone calls to Eric Zalazny regarding consent to involuntary (0.3); telephone calls from various clients regarding the involuntary filing, what happens next, the process, interest in sitting on the committee (if one is formed), et al (3.8); conference call with state of Illinois regarding activities of OPA (0.7) | 5.00 | $355.00 | $1,775.00 |
| Brian Jackiw | 06/03/2017 | Respond to several e-mails from creditors of OPA | 0.40 | $355.00 | $142.00 |
| Sean Williams | 06/05/2017 | Review and revise second joinder in support of involuntary filing | 0.30 | $315.00 | $94.50 |
| Brian Jackiw | 06/05/2017 | Address various creditor inquiries into claims and process of filing involuntary case (3.1); review joinders prior to filing (0.3) | 3.40 | $355.00 | $1,207.00 |
| Brian Jackiw | 06/06/2017 | Engage in various communications (telephone and e-mail) with creditors of OPA related to involuntary bankruptcy filing | 3.10 | $355.00 | $1,100.50 |
| Sean Williams | 06/07/2017 | Review and revise third joinder in support of involuntary petition | 0.20 | $315.00 | $63.00 |
| Brian Jackiw | 06/07/2017 | Field various calls and e-mails from investors/creditors (3.8); review joinder (0.2); draft corporate ownership statement (0.3) | 4.30 | $355.00 | $1,526.50 |
| Matthew McClintock | 06/08/2017 | Respond to inquiry from Oak Park investor (and potential additional petitioning creditor) (0.2); respond to additional inquiry from member of involuntary group (0.2) | 0.40 | $450.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| Eric Hampton | 06/08/2017 | Edit and send out joinders. | 0.30 | $100.00 | $30.00 |
| Eric Hampton | 06/08/2017 | Draft fifth and sixth joinders | 0.40 | $100.00 | $40.00 |
| Brian Jackiw | 06/08/2017 | Review joint defense agreement and signatures (0.4); read and answer various creditor and investor e-mails related to involuntary filing (2.8); field various phone calls from investor/creditors (0.8) | 4.00 | $355.00 | $1,420.00 |
| Brian Jackiw | 06/09/2017 | Various e-mail and telephone conversations with creditor/investors related to joinders, involuntary filing, potential chapter 11 trustee, rents, etc. (3.0); review e-mail from David Lloyd regarding intent to consent and respond to same (0.2) | 3.20 | $355.00 | $1,136.00 |
| Eric Hampton | 06/12/2017 | Send emails to creditors to verify info and sent inquiry emails to other investors. | 0.60 | $100.00 | $60.00 |
| Eric Hampton | 06/12/2017 | Update joinders and add new creditors. | 0.30 | $100.00 | $30.00 |
| Brian Jackiw | 06/12/2017 | Field various questions from investors/ creditors related to involuntary | 1.30 | $355.00 | $461.50 |
| Brian Jackiw | 06/13/2017 | Attend to various e-mails from creditors of OPA | 0.80 | $355.00 | $284.00 |
| Brian Jackiw | 06/14/2017 | Address various creditor inquiries related to involuntary filing (1.1); conference with Jeff Monberg, counsel for American Residential Leasing, regarding upcoming hearing and involuntary (1.0) | 2.10 | $355.00 | $745.50 |
| Brian Jackiw | 06/15/2017 | Send inquiry about consent to David Lloyd (0.3); review answer (0.1); conferences with various creditors seeking information related to involuntary and status of same (1.7) | 2.10 | $355.00 | $745.50 |
| Matthew McClintock | 06/16/2017 | Call Ron Peterson with Brian Jackiw concerning update on Mack case (0.2); strategy conference with Brian Jackiw concerning same and Oak Park implications (0.1) and follow-up correspondence to Ron (0.1) | 0.40 | $450.00 | $180.00 |
| Eric Hampton | 06/16/2017 | Draft corporate ownership statements and send joinders out. | 0.50 | $100.00 | $50.00 |
| Brian Jackiw | 06/16/2017 | Conference with Ron Peterson and Matt McClintock regarding potential for consent and strategy as well as update (0.2); conferences and e-mail correspondence with various creditors on strategy and updates (3.1) | 3.30 | $355.00 | $1,171.50 |
| Brian Jackiw | 06/17/2017 | Review e-mail from creditor regarding involuntary filing and respond to same | 0.30 | $355.00 | $106.50 |

| | | | | | |
|---|---|---|---|---|---|
| Brian Jackiw | 06/19/2017 | Respond to various inquiries from creditors | 1.40 | $355.00 | $497.00 |
| Brian Jackiw | 06/20/2017 | Field various calls from creditors (0.8); review e-mail from David Lloyd about consent (0.1) | 0.90 | $355.00 | $319.50 |
| Brian Jackiw | 06/21/2017 | Conference with Steve Wolfe, UST, regarding involuntary, and potential committee formation (0.5); review various e-mails from creditors (1.2); draft e-mail to all creditors involved in involuntary filing (0.9); telephone conferences with various creditors related to involuntary and deadline for OPA to file response (1.8) | 4.40 | $355.00 | $1,562.00 |
| Brian Jackiw | 06/22/2017 | Respond to second series of phone calls about involuntary filing and "what happens next" questions from multiple creditors given response deadline passing | 2.60 | $355.00 | $923.00 |
| Sean Williams | 06/26/2017 | Review docket regarding potential response to involuntary | 0.10 | $315.00 | $31.50 |
| Brian Jackiw | 06/26/2017 | Respond to various e-mail inquiries related to OPA involuntary bankruptcy | 1.20 | $355.00 | $426.00 |
| Brian Jackiw | 06/28/2017 | Prepare for (1.0); and attend hearing on involuntary bankruptcy filing (0.7); calls with various creditors about result and what to expect (1.1); e-mails with creditors on what occurred and what to expect (1.8); | 4.60 | $355.00 | $1,633.00 |
| | | | **Services Subtotal** | | **$33,851.00** |

**Expenses**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/31/2017 | Filing fee for filing involuntary petition | 1.00 | $1,717.00 | $1,717.00 |
| Expense | 06/30/2017 | ECF Pacer charges for the month of May 2017 (billed at actual cost) | 1.00 | $10.70 | $10.70 |
| Expense | 06/30/2017 | ECF Pacer charges for the month of May 2017 (billed at actual cost) | 1.00 | $2.60 | $2.60 |
| Expense | 07/31/2017 | Westlaw legal research charges for the month of June 2017 (billed at actual cost) | 1.00 | $7.28 | $7.28 |
| Expense | 07/31/2017 | Copy charges for the month of June 2017 (billed at actual cost of $0.10 per page) | 1.00 | $6.90 | $6.90 |
| Expense | 07/31/2017 | ECF Pacer charges for the month of June 2017 (billed at actual cost) | 1.00 | $8.70 | $8.70 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 07/31/2017 | Postage charges for the month of June 2017 (billed at actual cost) | 1.00 | $7.14 | $7.14 |
| | | | **Expenses Subtotal** | | **$1,760.32** |

| Time Keeper | Quantity | Rate | Total |
|---|---:|---:|---:|
| Thomas Fawkes | 0.2 | $450.00 | $90.00 |
| Brian Jackiw | 82.9 | $355.00 | $29,429.50 |
| Matthew McClintock | 3.1 | $450.00 | $1,395.00 |
| Sean Williams | 7.1 | $315.00 | $2,236.50 |
| Eric Hampton | 7.0 | $100.00 | $700.00 |
| | | **Subtotal** | **$35,611.32** |
| | | **Total** | **$35,611.32** |

Please make all amounts payable to: Goldstein & McClintock LLLP

Please pay within 15 days.