UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-09308 |
| MACK INDUSTRIES, LTD., et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING PAYMENT
## ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of Goldstein & McClintock LLLP's ("G&M") Motion for Entry of an Order Allowing the Immediate Payment of Its Administrative Expense Claim as Counsel to Various Creditors of Oak Park Avenue Realty, Ltd. (the "Motion"); capitalized terms used but not defined herein shall have the meaning given to such term in the Motion; and it appearing to the Court that the amounts requested in the Claim are reasonable; the Court further finding that the services rendered and expenses incurred by G&M on behalf of the Creditors were actual and necessary to the administration of, and actually benefited, the Debtor's bankruptcy estate; and it appearing that notice of this Motion and opportunity for a hearing was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Court hereby allows G&M an administrative expense claim pursuant to 503(b)(3)(A) of title 11 of the United States Code in the amount of $35,604.04.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 16, 2017

**Prepared by:**

Brian J. Jackiw, Esq.
GOLDSTEIN & MCCLINTOCK LLLP
111 West Washington Street, Suite 1221
Chicago, Illinois 60602
Telephone:  (312) 337-7700
Facsimile:  (312) 277-2310
e-mail: brianj@goldmclaw.com