## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES, LTD., *et al.*, | ) | Case No. 17-09308 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing: December 21, 2017 at 10:00 a.m. |

### <u>NOTICE OF MOTION</u>

TO:  ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Thursday, December 21, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in Courtroom 742 at 219 South Dearborn Street, Chicago, Illinois 60604, or before any other judge sitting in her place and stead, and present the following **Motion To Sell Real Estate Free And Clear And Shorten Notice**, at which time and place you may appear if you so desire.

**PURSUANT TO FED. R. BANKR. P.  9014 AND 9006(d) THE TIME TO RESPOND TO THIS MOTION IS NOT LATER THAN ONE DAY BEFORE THE HEARING UNLESS THE COURT ORDERS OTHERWISE.**

Dated: December 12, 2017

RONALD R. PETERSON, not individually but as the chapter 7 Trustee for the bankruptcy estates of Mack Industries, Ltd., *et al.*,

By:   /s/  *Ronald R. Peterson*
               Ronald R. Peterson

Ronald R. Peterson (2188473)
Angela M. Allen (6295519)
Landon S. Raiford (6297473)
Nicholas E. Ballen (6320258)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
TEL:   312-222-9350
FAX:   312-527-0484

*Counsel for the Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I, Ronald R. Peterson, an attorney, certify that on December 12, 2017, I caused a copy of the foregoing **Notice of Motion** and **Motion To Sell Real Estate Free And Clear And Shorten Notice** to be served upon each of the parties listed on the attached Service List by the Court's CM/ECF system or first class U.S. mail postage prepaid, as indicated.

_____ /s/ *Ronald R. Peterson* _____
Ronald R. Peterson

## SERVICE LIST

**By ECF Notification:**

- Patrick S. Layng, U.S. Trustee - USTPRegion11.ES.ECF@usdoj.gov
- Stephen G. Wolfe - steve.g.wolfe@usdoj.gov
- David P. Lloyd - courtdocs@davidlloydlaw.com
- Eric G. Zelazny - Eric@lwslaw.com
- Bruce C. Dopke - bdopke@stahlcowen.com
- Ronald R. Peterson - rpeterson@jenner.com
- Angela M. Allen - aallen@jenner.com
- Mark W. Bina - mark.bina@quarles.com
- Jeffrey M. Monberg - jeffrey.monberg@quarles.com
- Thanhan Nguyen - an.nguyen@quarles.com
- Kurt M. Carlson - kcarlson@carlsondash.com
- Jean Soh - jsoh@polsinelli.com
- Jerry L. Switzer - jswitzer@polsinelli.com
- John R. Potts - ryan@brotschulpotts.com
- Randall S. Borek - rborek@brotschulpotts.com
- Lauren Newman - lnewman@thompsoncoburn.com
- Konstantine T. Sparagis - gsparagi@yahoo.com
- Scott E. Jensen - sjensen@mjwchicago.com
- Thomas J. Dillon - t.dillon@mcdillaw.com
- Jonathan R. Koyn - jkoyn@hotmail.com
- Natalia Rzepka Griesbach - ngriesbach@lowis-gellen.com
- James E. Morgan - jem@h2law.com
- Harold E. McKee - hmckee@rmp-llc.com
- Jeffrey S. Burns - jsburns@hct.plaw.com
- Donald H. Segel - dsegel@sandslegal.com
- Jennifer Simutis - jennifersimutis@earthlink.net
- Jason J. DeJonker - jason.dejonker@bryancave.com
- Justin Morgan - justin.morgan@bryancave.com

- Edward P. Freud - [epfreud@rfbnlaw.com](mailto:epfreud@rfbnlaw.com)
- Brandon R. Freud - [brfreud@rwrlaw.com](mailto:brfreud@rwrlaw.com)
- Thomas V. Askounis - [taskounis@askounisdarcy.com](mailto:taskounis@askounisdarcy.com)
- Charles R. Woolley - [rwoolley@askounisdarcy.com](mailto:rwoolley@askounisdarcy.com)
- Michael M. Eidelman - [meidelman@vedderprice.com](mailto:meidelman@vedderprice.com)
- Hannah M. Arenstam - [harenstam@vedderprice.com](mailto:harenstam@vedderprice.com)
- Brian J. Jackiw - [brianj@goldmclaw.com](mailto:brianj@goldmclaw.com)
- David Avraham - [david.avraham@dlapiper.com](mailto:david.avraham@dlapiper.com)
- Joel A. Schechter - [joelschechter1953@gmail.com](mailto:joelschechter1953@gmail.com)
- Martin D. Tasch - [mtasch@momlaw.com](mailto:mtasch@momlaw.com)
- Patrick T. Joy - [pjoy@spklaw.com](mailto:pjoy@spklaw.com)
- Jeffrey L. Gansberg - [jgansberg@muchshelist.com](mailto:jgansberg@muchshelist.com)
- Thomas W. Drexler - [td@drexlaw.com](mailto:td@drexlaw.com)

**By First Class Mail:**

| | |
|---|---|
| Mack Industries, Ltd. | 638 West End |
| c/o David P Lloyd | c/o Martin D. Tasch |
| David P. Lloyd, Ltd. | Momkus McCluskey Roberts LLC |
| 615B S. LaGrange Rd. | 1001 Warrenville Road, Suite 500 |
| LaGrange, IL 60525 | Lisle, IL 60532 |
| | |
| ABC Supply Co. | Accident Insurance Co. |
| c/o Adam Whiteman | c/o Michael D. Weis |
| Whiteman Borden LLC | P.O. Box 1166 |
| 118 N. Clinton St., Suite LL 380 | Northbrook, IL 60065 |
| Chicago, IL 60661 | |
| | |
| Peter Ager | Village of Alsip |
| c/o Donald H. Segel | c/o Susan M. Petzel |
| Segel & Segel, P.C. | 4500 W. 123rd Street |
| 525 W. Monroe Street, Suite 2360 | Alsip, IL 60803-2599 |
| Chicago, IL 60661 | |
| | |
| Alt Luck, Inc. | Amari & Locallo |
| c/o Kyle Altenburg | c/o Leonard F. Amari |
| 10139 Minnick Avenue | 734 N. Wells Street |
| Oak Lawn, IL  60453-3838 | Chicago, IL  60654-3521 |

American Express
c/o Kenneth I. Chenault
200 Vesey Street
New York, New York 10285

American Residential Leasing Company,
LLC
c/o Jeffrey M. Monberg
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654

Pedro Arellano
1147 Woodbine Ave.
Oak Park, IL  60302

Stacey Atsaides
c/o Konstantine T. Sparagis
Law Offices of Konstantine Sparagis P C
900 W. Jackson Blvd., Suite 4E
Chicago, IL 60607

AT&T Corp.
c/o AT&T Services, Inc. - Karen A.
Cavagnaro
One AT&T Way, Room 3A104
Bedminster, NJ  07921

Matt Austin
22798 Sara Springs Drive
Frankfort, IL  60423

Andrew Batshaw
26A Lost Valley Dr.
Orinda, CA 94563

Benchmark Management Group, Inc.
c/o Edward S. Margolis
Teller, Levit & Silvertrust, P.C.
19 S. LaSalle St., Suite 701
Chicago, IL  60603

Ashok Bhojwani
11522 Century Circle
Plainfield, IL  60585

Blackhawk Bay Homes LLC
c/o Brian J. Jackiw
Goldstein & McClintock LLLP
111 W. Washington Street, Suite 1221
Chicago, IL 60602

Blue Sky Investments, LLC
c/o David Barker
1654 Oakleaf Lane
Pittsburg, PA 15237

Bruce E. Bosler
830 Stonegate Court
Vacaville, CA 95687

Scott Bradley
c/o Donald H. Segel
Segel & Segel, P.C.
525 W. Monroe Street, Suite 2360
Chicago, IL 60661

Bryen Blankenship
1156 Springfield Dr.
Campbell, CA 95008

Alin Chera
P.O. Box 2679
Santa Rosa, CA 95405

Wilson Cheung
1942 Rosebud Court
San Jose, CA 95128

3

Zhi Wei Cheung
228 Roosevelt Dr.
Poughquag, NY 12570-5602

CHI 2 SF, LLC
c/o Michael J. McGuire
Gregorio Marco
2 N. LaSalle St., Suite 1650
Chicago, IL 60602

Town of Cicero
c/o Maria Punzo-Arias, Town Clerk
4949 W. Cermak Rd.
Cicero, IL 60804

CIT Finance, LLC
c/o Amy Tate
P.O. Box 593007
San Antonio, TX 78259

City of Chicago, Department of Water
Management
c/o Randy Conner
333 S. State St.
Chicago, IL 60604

City Electric Supply Co.
c/o Jim Vanwlayer Glass
1519 St. Paul Ave.
Gurnee IL 60031

Colony American Finance Lender, LLC
c/o Jerry L Switzer
Polsinelli, PC
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606

Phillip Comeau
10904 Woodland Falls Dr.
Great Falls, VA 22066

Cook County Assessor
118 N. Clark St., 3rd Floor
Chicago, IL 60602

Cook County Recorder of Deeds
c/o Lauren Klein
50 W. Washington St., Room 500
Chicago, IL 60602

Country Club Hills
c/o Deborah McIlvain, Clerk
4200 W. Main St.
Country Club Hills, IL 60478

Village of Crete
c/o Deborah S. Bachert, Village Clerk
524 W. Exchange St.
Crete, IL 60417

Billy Desai
c/o Zoran Balac
Blackacre Law Group, LLC
10 East Doty St., Suite 800
Madison, WI 53703

Eugene Denton
9552 Easter Way
San Diego, CA 92121

Village of Dolton
c/o Mary Kay Duggan, Village Clerk
14122 Chicago Rd.
Dolton, IL 60419

Scott Duffy
1545 West Fry Street, Unit #2
Chicago, IL 60642

4

Ben Dunning
30 Castle Street
San Francisco, CA  94133

Village of Elmwood Park
c/o Gina M. Pesko, Village Clerk
11 Conti Parkway
Elmwood Park, IL 60707

Anthony Ferrara
P.O. Box 15681
Beverly Hills, CA 90209

Glenn A. Fraser
4070 Bucknall Rd.
Campbell, CA 95008

City of Geneva
c/o Roger Godskesen, City Clerk
22 S. First St.
Geneva, IL 60134

Village of Glenwood
c/o John F. Donahue, Village Attorney
Rosenthal, Murphey, Coblentz & Donahue
30 N. LaSalle St., Suite 1624
Chicago, IL 60602

Michelle Hawkins
1774 Briarwood Dr.
Santa Clara, CA  95051

Carmen Herrera
c/o Daniel M. Breen
111 W. Washington St., Suite 1500
Chicago, IL 60602

The Home Depot
c/o Craig A. Menear
2455 Paces Ferry Road NW
Atlanta, GA 30339

DuPage County
c/o Paul Hinds, County Clerk
421 N. County Farm Rd.
Wheaton, IL 60187

Engineered Tax Services, Inc.
c/o Dawn M. Alba
303 Evernia Street, Suite 300
West Palm Beach, FL  33401

Village of Franklin Park
c/o Irene Avitia, Village Clerk
9500 W. Belmont Ave.
Franklin Park, IL 60131-2768

Gecko Mack LLC
c/o Josh Robbins
951 Drake Rd.
Glenview, IL 60025

Gillette Investments LLC
c/o Charles R. Gillette
482 N Bur Sage Trl.
Ivins, Utah 84738

Michal Glinianski
1965 Chloe Cir.
Greencastle, PA 17225

Village of Hazel Crest
c/o Isaac Wiseman, Village Clerk
3000 W. 170th Place
Hazel Crest, IL 60429

Village of Hillside
c/o Linda L. Gould, Village Clerk
425 N. Hillside Ave.
Hillside, IL 60162

A Home with Heart #1 LLC
c/o Mary Stein
P.O. Box 461366
Los Angeles, CA  90046

A Home with Heart #2 LLC
c/o Mary Stein
P.O. Box 461366
Los Angeles, CA  90046

Christopher Hull & Sandra J. Hull
6 Juel Drive
Hawthorn Woods, IL  60047

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

United States Attorney
Civil Process Clerk
219 S. Dearborn Street, Room 500
Chicago, Illinois 60604

Javlin One, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Hanna Jung & Nathaniel Felsen
156 Midcrest Way
San Francisco, CA  94131

Timothy Keely
2233 Shiloh Avenue
Milpitas, CA  95035

Lowe's Home Improvement
c/o Robert Niblock
1000 Lowe's Boulevard
Mooresville, NC 28117

Joseph H. Hood
c/o Zoran Balac
Blackacre Law Group, LLC
10 East Doty St., Suite 800
Madison, WI 53703

ILAMAV LLC
c/o Thomas W. Drexler
221 N. LaSalle St., Suite 1600
Chicago, IL 60601

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101

Namrata Jeshang
249 Wille Ave.
Wheeling, IL 60090

Dale F. Kalman
12009 Cashlenan Lane
New Lenox, IL  60451

Village of Lansing
c/o Vivian Payne, Village Clerk
3141 Ridge Rd.
Lansing, IL 60438

M T Z Enterprises, LLC
c/o Joel A. Schechter
Law Offices of Joel Schechter
53 W. Jackson Blvd., Suite 1522
Chicago, IL 60604

Mack Investments I, LLC
c/o James R. Pittacora
Enterprise Law Group, LLP
150 S. Wacker Dr., Suite 1600
Chicago, IL 60606

Mack Services, LLC
c/o James R. Pittacora
Enterprise Law Group, LLP
150 S. Wacker Dr., Suite 1600
Chicago, IL 60606

James H. McClelland
111 Ruffled Feathers
Lemont, IL  60439-7755

Keith McClelland
12440 Country View Lane
Homer Glen, IL 60491

Menard, Inc.
c/o John R. Menard, Jr.
5101 Menard Drive
Eau Claire, WI 54703-9604

Anthony Montgomery
3544 218th Place
Matteson, IL 60443

Village of Oak Park
c/o Vicki Scaman, Village Clerk
123 Madison St.
Oak Park, IL 60302-4272

Old Republic Surety Company
c/o Harold E. McKee
Schuyler, Roche & Crisham, P.C.
180 N. Stetson Avenue, Suite 3700
Chicago, IL 60601

Mack Investments II, LLC
c/o James R. Pittacora
Enterprise Law Group, LLP
150 S. Wacker Dr., Suite 1600
Chicago, IL 60606

Ann McClelland
15225 Willow Creek Lane, Suite L
Orland Park, IL  60467

James K. McClelland
15225 Willow Creek Lane, Suite L
Orland Park, IL  60467

Brennen Love McConnell
3572 Mechanicsburg Road
Wooster, OH 44691

Rami Mitri
2284 Kingsmill Crescent
Oakville, Ontario
L6M 3X9 Canada

Mountain 2nd Holdings, LLC & Mountain
High Holdings, LLC
c/o Donald H. Segel
Segel & Segel, P.C.
525 W. Monroe Street, Suite 2360
Chicago, IL 60661

Oak Park Avenue Realty, Ltd.
c/o David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525

Village of Orland Park
c/o John C. Mehalek, Village Clerk
14700 Ravinia Ave.
Orland Park, IL 60462

Paglaki, LLC
c/o Donald H. Segel
Segel & Segel, P.C.
525 W. Monroe Street, Suite 2360
Chicago, IL 60661

James R. Pittacora
Enterprise Law Group, LLP
150 S. Wacker Dr., Suite 1600
Chicago, IL 60606

PNC Equipment Finance, LLC
c/o Robert E. Walton / Thomas P. Stevens
Flamm Walton Heimbach & Lamm PC
794 Penllyn Pike, Suite 100
Blue Bell, PA  19422

Protection One
c/o Timothy J. Whall
1035 North Third Street, Suite 101
Lawrence, KA 66044

Renovo Financial, LLC
c/o Patrick T. Joy
Stone Pogrund & Korey LLC
1 E. Wacker Drive, Suite 2610
Chicago, IL 60601

Republic Services, Inc.
c/o Raul Garza
2608 S. Damen Ave.
Chicago, IL  60608

Reveliotis Law, P.C.
c/o George Nicholas Reveliotis
1030 Higgins Road, Suite 101
Park Ridge, IL 60068

Reifel Investments, LLC
c/o Brian J. Jackiw
Goldstein & McClintock LLLP
111 W. Washington Street, Suite 1221
Chicago, IL  60602

RFLF 1, LLC & RFLF 3, LLC
c/o Patrick T. Joy
Stone Pogrund & Korey LLC
1 E. Wacker Drive, Suite 2610
Chicago, IL 60601

Village of Richton Park
c/o Joe Canady, Village Clerk
4455 Sauk Trial
Richton Park, IL 60471

Rogan Granitindustrie, Inc.
c/o Thomas Robert Rogan
21550 Lincoln Highway
Lynwood, IL 60411

Wesley Rosenthal
3026 Lakemont Dr., Unit 3
San Ramon, CA 94582

Andrew Salvatore
c/o Konstantine T. Sparagis
Law Offices of Konstantine Sparagis P C
900 W. Jackson Blvd., Suite 4E
Chicago, IL 60607

Kunal Sarin
2301 Kealsy Lane
Aurora, IL  60503

Sears Holdings Management Corporation
d/b/a Sears Commercial
c/o Edward S. Margolis
Teller, Levit & Silvertrust, P.C.
19 S. LaSalle St., Suite 701
Chicago, IL  60603

Sears, Roebuck and Co.
d/b/a Sears Commercial
c/o Matthew Joly / Sears Holdings Mgmt.
Corp.
3333 Beverly Road #B6-313A
Hoffman Estates, IL  60179-0001

Shawn Severinsen
3157 Heather Ridge Dr.
San Jose, CA  95136

The Sherwin-Williams Company
c/o Michael B. Bach
DeHaan & Bach, LPA
25 Whitney Drive, Suite 106
Milford, OH 45150

Skrechi Holdings, LLC
c/o Sameer Kero
19 N. Aberdeen St., Unit PHN
Chicago, IL 60607

The SMB Help Desk, Inc.
c/o Lisa M. Roccanova
Daley Mohan Groble, PC
55 W. Monroe Street, Suite 1600
Chicago, IL  60546

Village of South Holland
c/o Sallie D. Penman, Village Clerk
16226 Wausau Ave.
South Holland, IL 60473

SpringView II-EG LLC
c/o David Avraham
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL  60606

SpringView II-HH LLC
c/o David Avraham
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL  60606

SpringView II-MB LLC
c/o David Avraham
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL  60606

SpringView III IL A LLC
c/o David Avraham
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL  60606

SpringView Investments II IL I LLC
c/o David Avraham
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL  60606

SpringView Investments II IL II LLC
c/o David Avraham
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL  60606

StanCorp Mortgage Investors, LLC
c/o Jeffrey S. Burns
Haskin, Corrigan, Tabis & Parravano, P.C
128 S. County Farm Rd., Suite A
Wheaton, IL 60187

Neil Stevens
4236 Franklin Ave.
Los Angeles, CA 90027

Sycamore Properties, LLC
c/o Brent Cunningham
1117 Country Drive
Shorewood, IL 60404

Wesley Alan Thompson
1206 Parliament Ct.
Livertyville, IL 60048

Tinley Park Associates, LLC
c/o Michael M. Eidelman
Vedder Price
222 N. LaSalle Street, Suite 2600
Chicago, IL  60601

Hao & Thao Tran
847 Fair Way
Libertyville, IL 60048

Van Drunen Heating & Air Conditioning, Inc.
c/o Stephen E. Vander Woude
Lanting Paarlberg & Associates, Ltd.
938 W. US 30
Schererville, IN  46375

Latasha Warnsley-McGee
c/o Jason E. Hammond
Hammond Law, LLC
150 N. Michigan Ave., Suite 800
Chicago, IL 60601

Bastian Weinhold, Bted LLC
120 Riverside Blvd., Apt. 10H
New York City, NY 10069

Village of Summit
c/o Sergio A. Garcia, Village Clerk
7321 W. 59th St.
Summit, IL 60501

TBBT LLC
c/o Zoran Balac
Blackacre Law Group, LLC
10 East Doty St., Suite 800
Madison, WI 53703

Village of Tinley Park
c/o Kristin A. Thirion, Village Clerk
16250 S. Oak Park Ave.
Tinley Park, IL 60477

TJR International Chicago, LLC
c/o Brian J. Jackiw
Goldstein & McClintock LLLP
111 W. Washington Street, Suite 1221
Chicago, IL 60602

Valley Fire Protection Systems, LLC
c/o Martin D. Tasch
Momkus McCluskey Roberts LLC
1001 Warrenville Road, Suite 500
Lisle, IL 60532

Victor Vyas
40 Iron Ore Rd.
Manalapon, NJ 07726

WB Real Estate Investment Management, LLC
c/o David Avraham
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL  60606

Wells Fargo Financial Leasing
c/o Timothy Reese
800 Walnut Street MAC N0005-055
Des Moines, IA 50309

Christopher Yip & Jenna Zhong
1645 Quintara St.
San Francisco, CA 94116

Wheelhouse Investments, LLC
c/o James R. Pittacora
Enterprise Law Group, LLP
150 S. Wacker Dr., Suite 1600
Chicago, IL 60606

2014-1 REO, LLC
c/o Business Filings Incorporated
108 West 13th St.
Wilmington, DE 19801

**By Certified Mail:**

Amalgamated Bank of Chicago
c/o Bruce C. Dopke
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, 12th Floor
Chicago, IL 60603

Bank of America, N.A.
c/o Brian T. Moynihan
100 North Tryon Street
Charlotte, NC 28255-0001

Capital One, N.A.
c/o Richard Fairbank
1680 Capital One Dr.
McLean, VA 22102

Chemical Bank
c/o Kurt M. Carlson
Carlson Dash LLC
216 S. Jefferson Street, Suite 504
Chicago, IL  60661

First Bank of Highland Park
c/o Kyle Dillon
McFadden & Dillon PC
120 S. LaSalle Street, Suite 1335
Chicago, IL 60603

First Community Financial Bank
c/o John R. Potts
Brotschul Potts LLC
30 N. LaSalle Street, Suite 1402
Chicago, IL 60602

First Secure Community Bank & First Secure
Bank & Trust Co.
c/o Jonathan R Koyn
1034 Sterling Ave., Suite 108
Flossmoor, IL 60422

Iroquois Federal Savings & Loan Association
c/o Jennifer L. Simutis
Law Offices of Frank J. Simutis, P.C.
123 S. 4th Street
Watseka, IL 60970

JPMorgan Chase Bank, N.A.
c/o Todd A. Combs
1111 Polaris Pkwy.
Columbus, OH 43240

Marquette Bank
c/o Kristopher A. Capadona
Capadona Law Firm, Ltd.
360 W. Butterfield Road, Suite 300
Elmhurst, Illinois 60126

MB Financial Bank, N.A.
c/o Scott E. Jensen
Murray, Jensen & Wilson, Ltd.
101 North Wacker, Suite 101
Chicago, IL  60606

Metropolitan Capital Bank & Trust
c/o James E. Morgan
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

Midland States Bank
c/o Natalia Rzepka Griesbach
Lowis & Gellen LLP
200 West Adams St., Suite 1900
Chicago, IL 60606

Old Second National Bank
c/o Lauren Newman
Thompson Coburn LLP
55 E. Monroe, 37th Floor
Chicago, IL  60603

Pan American Bank & Trust
c/o Jeffrey L. Gansberg
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606

Republic Bank of Chicago
c/o Edward P. Freud
Ruff, Freud, Breems & Nelson, Ltd.
200 N. LaSalle Street, Suite 2020
Chicago, IL 60601

Wells Fargo, N.A.
c/o Timothy J. Sloan
101 N. Phillips Avenue
Sioux Falls, SD 57104

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES, LTD., *et al.*, | ) | Case No. 17-09308 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing: December 21, 2017 at 10:00 a.m. |

## MOTION TO SELL REAL ESTATE FREE AND CLEAR AND SHORTEN NOTICE

Ronald R. Peterson, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estates of Mack Industries, Ltd., *et al.* (the "Debtors"), respectfully requests that the Court enter an Order pursuant to 11 U.S.C. § 363(b), (f) and (m) and Fed. R. Bankr. P. 6004 authorizing the Trustee to sell the interest of the Mack Industries II, LLC and Mack Industries, Ltd. estates in a certain parcels of real estate on shortened notice of nine days (the "Motion"), and states:

### JURISDICTION & VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) in which the Court may constitutionally enter a final order, and the Trustee consents to the entry of a final order by the Court.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      This Motion is made pursuant to § 363 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3.        On March 24, 2017 (the "Mack Ltd. Petition Date"), Mack Industries, Ltd. ("Mack Ltd.") filed a case under chapter 11 of the Bankruptcy Code (the "Mack Ltd. Case").

4.        On June 1, 2017, the Court entered an Order converting the Mack Ltd. Case to a case under chapter 7.  (Case No. 17-09308, Dkt. 92.)  On the same date, the U.S. Trustee duly appointed Ronald R. Peterson as the chapter 7 Trustee.  (Case No. 17-09308, Dkt. 84.)

5.        On May 31, 2017 (the "Mack Industries II Petition Date"), an entity affiliated with Mack Ltd.—Mack Industries II, LLC ("Mack Industries II")—also filed under chapter 7 of the Bankruptcy Code.  On June 1, 2017 (the "Mack III & IV Petition Date" and collectively with the Mack Ltd. Petition Date and Mack Industries II Petition Date, the "Petition Dates"), two entities affiliated with Mack Ltd. and Mack Industries II—Mack Industries III, LLC ("Mack Industries III") and Mack Industries IV, LLC ("Mack Industries IV")—filed under chapter 7 of the Bankruptcy Code as well.  Thereafter, the U.S. Trustee appointed Ronald R. Peterson as the chapter 7 Trustee in the Mack Industries II, Mack Industries III, and Mack Industries IV cases (collectively with the Mack Ltd. Case, the "Mack Cases").  (Case No. 17-16859, Dkt. 8; Case No. 17-17106, Dkt. 6; Case No. 17-17109, Dkt. 7.)

6.        On June 21, 2017, the Court ordered the joint administration of the Mack Cases.  (Case No. 17-09308, Dkt. 110.)  On the same day, the Court authorized the Trustee to retain Foresite Realty Advisors, LLC ("Foresite") as the Trustee's property manager and advisor in the Mack Cases, with the maximum commission on any sale of real estate in these cases to be 6.0% of the gross sale price, payable entirely to Foresite or split between Foresite and a cooperating broker by separate agreement between Foresite and any such broker .  (See Case No. 17-09308, Dkt. 97-3 (Exhibit C to the Trustee's motion to retain Foresite setting forth terms regarding inter

2

alia commissions); Case No. 17-09308, Dkt. 105 (approving Foresite's retention on the terms of the agreements attached as Exhibits A, B and C to the Trustee's motion to retain Foresite).)

7.     In the meantime, certain creditors of Oak Park Avenue Realty, Ltd. ("Oak Park"), an entity affiliated with Mack Ltd. and Mack Industries II, Mack Industries III and Mack Industries IV, filed an involuntary case under chapter 11 of the Bankruptcy Code against Oak Park (the "Oak Park Case").  (Case No. 17-16651, Dkt. 1.)  On June 29, 2017, the Court entered an order for relief in the Oak Park Case and on July 12, 2017, the Court granted the Oak Park's motion to convert the Oak Park Case to a case under chapter 7.  (Case No. 17-16651, Dkt. 22 & 29.) Thereafter, the U.S. Trustee appointed Ronald R. Peterson as the chapter 7 Trustee in the Oak Park Case.  (Case No. 17-16651, Dkt. 31.)

8.     On July 27, 2017, the Court ordered the joint administration of the Oak Park Case with the Mack Cases.  (Case No. 17-09308, Dkt. 132.)   Thereafter, the Court approved the Trustee's retention of Foresite in the Oak Park Case on the same terms as in the Mack Cases.  (*See* Case No. 17-09308, Dkt. 217.)

9.     As of the Mack Industries II Petition Date, Mack Industries II owned certain parcels of real estate located in Cook and Will Counties having the following tax parcel identification numbers and addresses and whose legal descriptions are attached as Exhibit A hereto and incorporated herein by reference (the "Mack Industries II Properties"):

> Address: 11459 South St. Louis Avenue, Chicago, IL 60655-3526
> PIN: 24-23-214-038-0000
>
> Address: 3145 Kilpatrick Avenue, Chicago, IL 60641-5241
> PIN: 13-27-102-011-0000
>
> Address: 3707 Marquette Road Chicago, IL 60629-4142
> PIN: 19-23-302-052-0000

3

Address: 5200 South Mayfield Avenue, Chicago, IL 60638-1512
PIN: 19-08-409-025-0000

Address: 6211 South Mason Avenue, Chicago, IL 60638
PIN: 19-17-425-004-0000

Address: 25774 South Taft Street, Monee, IL 60449
PIN: 21-14-20-208-023

Address: 8942 Ridgeland Avenue Oak Lawn, IL 60453-1059
PIN: 24-06-201-030-0000

Address: 1618 South 61st Avenue, Cicero, IL 60804
PIN: 16-20-305-026-0000

Address: 1326 South 59th Court, Cicero, IL 60804-1146
PIN: 16-20-208-022-0000

Address: 12748 South Muskegon Avenue, Chicago, IL 60633
PIN: 26-30-311-052-0000

Address: 7115 South Homan Avenue, Chicago, IL 60629-3521
PIN: 19-26-204-011-0000

Address: 18807 Cypress Avenue, Country Club Hills, IL 60478-5654
PIN: 31-03-418-019-0000

Address: 4305 Clark Drive, Richton Park, IL 60471
PIN: 31-27-409-021-0000

Address: 3704 South 58th Avenue, Cicero, IL 60804-4205
PIN: 16-32-419-021-0000

Address: 2660 201st Street, Lynwood, IL 60411-1528
PIN: 33-07-313-001-0000

Address: 2524 High Street, Blue Island, IL 60406
PIN: 24-36-218-006-0000

Address: 17950 Ridgewood Avenue, Lansing, IL 60438
PIN: 30-31-209-044-0000

10.    Pan American Bank ("Pan Am") asserts a secured claim in the Mack Industries II

Properties.

11.     Additionally, as of the Mack Ltd. Petition Date, Mack Ltd. owned a certain parcel of real estate located in Cook County having the tax parcel identification number 27-34-112-006-0000 and commonly known as 17669 Peacock Lane, Tinley Park, Illinois, 60487, whose legal description is also attached as Exhibit A hereto and incorporated herein by reference (the "Mack Ltd. Property" and collectively with the Mack Industries II Properties, the "Properties").

12.     Amalgamated Bank of Chicago ("Amalgamated") asserts a secured lien over the Mack Ltd. Property.

13.     On December 11, 2017, the Trustee agreed, subject to the Court's approval, to enter into a contract for the sale of the interests of Mack Industries II and Mack Ltd. in the Properties (the "Purchase Agreement") to Dynasty Consulting I LLC (the "Purchaser") for consideration in the amount of $2,062,500.00 (the "Purchase Price") in cash with no contingencies and earnest money in the amount of $50,000.00.  A copy of the Purchase Agreement with all exhibits is attached as Exhibit B hereto and incorporated herein by reference.  The Purchase Agreement provides that the Trustee as seller will pay the following customary closing costs: title commitment and policy fees; unpaid real property taxes for tax years before 2017; state and county stamp or other transfer taxes; and Foresite's 6.0% commission.  (Ex. B, at 3.)  The Purchase Agreement further provides that the Purchaser will pay as closing costs: escrow or closing fees; title policy premiums; municipal stamp or other transfer taxes; recording charges or costs; due diligence costs incurred by the Purchaser; and the Purchaser's legal fees, if any.  (Ex. B, at 3.)

14.     The Trustee anticipates that the proceeds of the proposed sale of the Mack Ltd. Property will be sufficient to cover the Trustee's closing costs and any liens, claims, encumbrances and other interests in the Mack Ltd. Property with a surplus allocable to the Mack Ltd. estate.  As to the Mack Industries II Properties, the Trustee and Pan Am are in discussions regarding how Pan

Am's asserted liens will be treated in these bankruptcy cases.  Pan Am has no objection to the

proposed sale, and the sale proceeds (net of the costs associated with the closing) will be placed in

escrow pending a final resolution between the Trustee and Pan Am.

## RELIEF REQUESTED

15.     By this Motion, pursuant to Bankruptcy Code § 363(b), (f) and (m) and Bankruptcy

Rule 6004, the Trustee seeks: authority to sell the Properties pursuant to the terms of the Purchase

Agreement and free and clear of all liens, claims, encumbrances and other interests, with all such

interests to attach to the sale proceeds; authority to pay from the proceeds of the sale all claims

against the property, including unpaid real estate taxes; authority to pay certain customary closing

costs and expenses associated with the sale, including Foresite's 6.0% commission to the Brokers,

as set forth in section 8 of the Purchase Agreement; authority to take necessary and appropriate

ministerial acts to effectuate the sale and transfer; authority to escrow the sale proceeds allocable

to the Mack Industries II Properties pending resolution of disputes regarding the validity and

perfection of certain asserted liens in the Mack Industries II Properties; a finding that the Purchaser

is a purchaser in good faith within the meaning of Bankruptcy Code § 363(m); and a provision that

the Order granting the relief sought in this Motion will not be stayed for fourteen days after entry,

but will be effective and enforceable immediately upon entry pursuant to Bankruptcy

Rule 6004(h).

## BASIS FOR RELIEF

16.     The Trustee, upon due consultation with Foresite, believes that the proposed

Purchase Price is a fair consideration for the interests of the Mack Industries II and Mack Ltd.

estates in the Properties in light of the conditions of the Properties, the prevailing market

conditions, and all the attendant facts and circumstances.

17.     The Trustee further believes that the Purchase Agreement and contemplated sale are the result of arm's length negotiations in good faith and not by means forbidden by law, and that the Purchaser has at all times acted in good faith.

18.     In considering and negotiating the Purchase Agreement, the Trustee worked carefully with his property manager, Foresite, who has informed the Trustee that the Purchase Price likely is greater than what the Trustee reasonably could expect to receive through the general bidding and sale procedures the Trustee has proposed to use in selling other of the Debtors' real property interests.  (*See* Case No. 17-09308, Dkt. 302.)

19.     Accordingly, pursuant to Bankruptcy Code § 363(b) and (f), the Trustee seeks authorization to sell the Properties pursuant to the terms of the Purchase Agreement and the Settlement Statement and free and clear of all liens, claims, encumbrances and other interests, with all such interests to attach to the sale proceeds.  The Trustee also seeks authorization to pay certain customary closing costs and expenses associated with the sale, as set forth in section 8 of the Purchase Agreement, including Foresite's 6.0% commission.

20.     In addition, the Trustee seeks authority to pay from the proceeds of the proposed sale all claims against the Property, including unpaid real estate taxes, and authority to take necessary and appropriate ministerial acts to convey the Property, including, but not limited to, executing, delivering or filing any instruments, agreements or documents necessary to effectuate the transfer to the Purchaser per Bankruptcy Rule 6004(f)(2).  The Trustee also seeks authority to escrow the sale proceeds allocable to the Mack Industries II Properties, less closing costs, pending resolution of the dispute regarding the validity and perfection of Pan American's mortgages.

21.     The Trustee further requests that the Court find that the Purchaser is a purchaser in good faith within the meaning of § 363(m) of the Bankruptcy Code, and provide that, pursuant to

Bankruptcy Rule 6004(h), the Order granting the relief sought in this Motion will not be stayed for fourteen days after entry, but will be effective and enforceable immediately upon entry.

### NOTICE

22.     Bankruptcy Rule 2002(a)(2), (c)(1) and (k) and Bankruptcy Rule 6004(a) and (c) provide for twenty-one days' notice to the U.S. Trustee, the debtor, creditors, and other parties in interest, including parties that may have liens, encumbrances or other interests in a property proposed to be sold free and clear, of such a proposed sale of property other than in the ordinary course and free and clear of liens and other interests "unless the court for cause shown shortens the time or directs another method of giving notice." Fed. R. Bankr. P. 2002(a)(2). *See also* Fed. R. Bankr. P. 9006(c)(1) ("[W]hen an act is required or allowed to be done at or within a specified time . . . the court for cause shown may in its discretion . . . order the period reduced.") and Fed. R. Bankr. P. 9007 (providing general authority to regulate notices).  Under the circumstances, including, but not limited to, the upcoming holiday season and the fact that the Banks have no objection to the Motion, the Trustee respectfully submits that cause exists to shorten the time for giving notice to ten days, so that the Trustee may present this Motion at the Thursday, December 21, 2017 hearing.

23.     The Trustee has given nine days' notice of this Motion to the U.S. Trustee, the Debtors, creditors, and other parties in interest, including parties that may have liens, encumbrances or other interests in the Property, pursuant to Bankruptcy Rules 2002 and 6004. Further, and also pursuant to Bankruptcy Rule 6004, the Trustee has made this Motion in accordance with Bankruptcy Rule 9014, including by serving in the manner specified by Bankruptcy Rule 7004 and within the time provided by Bankruptcy Rule 9006(d).  Under the circumstances, the Trustee believes that the notice given is sufficient and appropriate.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order substantially in the form of the attached proposed order:

A.      Finding that the Purchaser is a purchaser in good faith within the meaning of Bankruptcy Code § 363(m);

B.      Finding that the Trustee has given sufficient and appropriate notice of this Motion;

C.      Authorizing the Trustee to sell the Properties and approving the sale of the Properties under the terms of the Purchase Agreement attached hereto as <u>Exhibit B</u> and free and clear of all liens, claims, encumbrances and other interests, with any such interests to attach to the proceeds of the sale;

D.      Authorizing the Trustee to pay certain customary closing costs and expenses associated with the sale, including Foresite's 6.0% commission, as set forth in section 8 of the Purchase Agreement, from the proceeds of the sale;

E.      Authorizing the Trustee to pay all claims against the Properties, including, but not limited to, any unpaid real estate taxes, from the proceeds of the sale;

F.      Authorizing the Trustee to take necessary and appropriate ministerial acts to convey the Properties, including, but not limited to, executing, delivering or filing any instruments, agreements or documents necessary to effectuate the transfer to the Purchaser per Bankruptcy Rule 6004(f)(2);

G.      Authorizing the Trustee to escrow a portion of the sale proceeds allocable to the Mack Industries II Properties, after first deducting closing costs and expenses, including Foresite's commission and unpaid real estate taxes, pending resolution of any disputes with Pan American regarding the existence, validity, or perfection of any mortgages or other consensual liens or

9

security interests asserted or claimed by Pan American in or against the Mack Industries II Properties.

       H.      Providing that the Order so entered will not be stayed for fourteen days after entry, but will be effective and enforceable immediately upon entry, pursuant to Bankruptcy Rule 6004(h);

       I.      Providing that the Trustee will file a final report of sale in accordance with Bankruptcy Rule 6004(f)(1) on completion of the sale; and

       J.      Granting such other or further relief as the Court may deem just.

Respectfully submitted,

Dated: December 12, 2017

RONALD R. PETERSON, not individually but as the chapter 7 Trustee for the bankruptcy estates of Mack Industries, Ltd., *et al.*,

By:   /s/  *Ronald R. Peterson*
              Ronald R. Peterson

Ronald R. Peterson (2188473)
Angela M. Allen (6295519)
Landon S. Raiford (6297473)
Nicholas E. Ballen (6320258)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
TEL:   312-222-9350
FAX:  312-527-0484

*Counsel for the Chapter 7 Trustee*