# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No.: 17-bk-09308 |
| | ) |
| Mack Industries, LTD | ) Chapter 7 |
| | ) |
| Debtor. | ) Honorable Judge Carol A. Doyle |
| | ) |

## NOTICE OF ADDRESS CHANGE

Please take notice that the mailing address for Creditor, Midland States Bank's, counsel has changed.  The new mailing address is as follows:

> Natalia R. Griesbach
> Lowis & Gellen LLP
> 175 West Jackson Boulevard
> Suite 950
> Chicago, IL 60604

All future notices and correspondence should be directed to that address.

Dated: January 18, 2018

> Lowis & Gellen LLP
>
> By: s/Natalia R. Griesbach
>     Attorney for Creditor Midland States Bank

Counsel to Midland States Bank
Natalia R. Griesbach (ARDC No. 6278368)
Lowis & Gellen LLP
175 West Jackson Boulevard
Suite 950
Chicago, IL 60604
(312) 364-2500
ngriesbach@lowis-gellen.com