Form G5 (20170105_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| In Re: | ) | BK No.: 17-09308 |
| --- | --- | --- |
| Mack Industries, Ltd., et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| Debtor(s) | ) | |

## Order Approving Settlement Procedures

The motion of Ronald R. Peterson, not individually but in his capacity as the trustee (the "Trustee") for the bankruptcy estates (the "Estates") of Mack Industries, Ltd., et al. (collectively, the "Debtors"), to approve settlement procedures for certain Avoidance Actions, due notice having been given to all parties in interest and the Court having been informed of the factors supporting the proposed settlement procedures, is Granted. IT IS HEREBY ORDERED that:

1. The Motion is granted as provided herein.

2. The following procedures apply to settlements of Avoidance Actions (as defined in the motion):
   a. Trustee shall evaluate the Claim based on the information in his possession and negotiate settlement of the Claim in his business judgment.
   b. Trustee may execute any documents or do any act that is required to effectuate such a settlement.
   c. For Avoidance Actions with a demand of $50,000 or less, the Trustee may settle without further notice or order of this Court.
   d. For Avoidance Actions with a demand in excess of $50,000, the Trustee shall send 14 days' notice of the settlement to all parties to this case registered in the CM/ECF system, who may then request that a hearing be set. If no hearing is requested on or before the 14th day, the Trustee may proceed with the settlement without further order of this Court.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 5/8/19

**Prepared by:**
William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830