**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**Mack Industries, Ltd.**, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Bankruptcy No. 17-09308<br>(Jointly Administered)<br><br>Honorable Carol A. Doyle |

**NOTICE REGARDING DEPOSITION**
**OF JAMES H. MCCLELLAND**

Pursuant to the Order Approving Omnibus Discovery Procedures in Adversary Proceedings (ECF No. 1763), the deposition of James H. McClelland will begin on November 15, 2021, at 9:00 a.m. The deposition will continue on November 18, 2021, at 9:00 a.m., and such further dates to which the parties attending the deposition agree. The deposition will proceed using Zoom.

To appear at the November 15 deposition, use this link: https://proceedings.veritext.com/?token=83417d319c70c95abed570db3d8adc42.

To appear at the November 18 deposition, use this link: https://proceedings.veritext.com/?token=b672aaf4c635ace9fe6dd65538cb9316.

| | |
|---|---|
| Dated: November 9, 2021 | **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd., *et al.*<br><br>By: /s/ Jeffrey K. Paulsen<br>One of His Attorneys |

Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-0969
Fax:  (847) 574-8233
Email: jpaulsen@wfactorlaw.com

{00210032}

## CERTIFICATE OF SERVICE

    I, Jeffrey K. Paulsen, certify that I served a copy of this notice on each entity shown on the attached list at the address shown and by the method indicated on the attached list on November 9, 2021.

By: <u>/s/ Jeffrey K. Paulsen</u>

**CM/ECF Registrants** (Service via CM/ECF)

| Attorney Name | Representing | Email Address |
|---|---|---|
| Matthew C Abad | Property Holdings LLC | bknotice@klueverlawgroup.com |
| Jonathan E. Aberman | Chase Bank USA N.A. | jaberman@dykema.com, docketCH@dykema.com |
| Angela M Allen | Ronald R Peterson | aallen@jenner.com |
| Thomas V Askounis | PNC Equipment Finance, LLC, successor by assignment to ECN | taskounis@askounisdarcy.com, akapai@askounisdarcy.com |
| David Avraham | Multiple Defendants | david.avraham@dlapiper.com, tara.nair@dlapiper.com;kristy.grace@dlapiper.com |
| Zoran Balac | Multiple Defendants | zbalac@blackacrelawyers.com |
| Drew R Ball | Multiple Defendants | drew@ballmccannlaw.com |
| Diane M. Baron | APIA, Inc. | dbaron@clausen.com |
| Paul M Bauch | Multiple Defendants | pbauch@lakelaw.com, smohan@lakelaw.com;5242@notices.nextchapterbk.com |
| Robert R Benjamin | City of Calumet City | rrbenjamin@gct.law, mperez@gct.law;myproductionss@gmail.com;rtryzbiak@gct.law;aleon@gct.law;r61390@notify.bestcase.com |
| Joseph P. Berglund | J.L.D.C. Construction Inc. | berglundmastny@aol.com, berglundniew@aol.com |
| Beverly A Berneman | City of Calumet City | baberneman@gct.law, mperez@gct.law;myproductionss@gmail.com;tstephenson@gct.law;aleon@gct.law |
| Mark W. Bina | American Residential Leasing Company, LLC | mark.bina@quarles.com |
| Maria A Boelen | BlueTarp Financial Inc. | mboelen@bakerlaw.com, mhrnciar@bakerlaw.com |
| Randall S Borek | First Community Financial Bank | rborek@brotschulpotts.com |
| Amelia A Bower | Old Republic Exchange Company | abower@plunkettcooney.com |
| Daniel Brennan | Cook County, Illinois | daniel.brennanjr@cookcountyil.gov |
| Richard F Bruen | Village Of Lansing | rbruen@montanawelch.com, anardi@montanawelch.com |
| Robert W Brunner | Ocwen Loan Servicing LLC | robert.brunner@bclplaw.com, chdocketing@bryancave.com |
| Abraham Brustein, ESQ | International Autos Inc. d/b/a International Autos Group | abrustein@dimonteandlizak.com, jjarke@dimontelaw.com |
| Jeffrey S. Burns | StanCorp Mortgage Investors, LLC | jeff@markleinlaw.com |
| Edwin H Caldie | State Farm Mutual Automobile Insurance Company | ed.caldie@stinson.com, jess.rehbein@stinson.com;jayme.masek@stinson.com |
| Kristopher A Capadona | Marquette Bank | kac@capadonalaw.com |
| Kurt M. Carlson | Multiple Parties in Interest | kcarlson@carlsondash.com, knoonan@carlsondash.com;bmurzanski@carlsondash.com |
| William A Castle, Jr. | Multiple Defendants | wcastle@rsplaw.com, jperez@rsplaw.com |
| William D Cherny | Nicholas Tzanetakos | bill@chernylaw.com, r42907@notify.bestcase.com |
| Scott R Clar | Amari & Locallo | sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com |
| Tiffany Cobb | Multiple Defendants | tscobb@vorys.com |
| Jacob Comrov | Amari & Locallo | jcomrov@SemradLaw.com, jdcomrov@gmail.com |
| Francisco Connell | Multiple Defendants | fconnell@chuhak.com, jvanheel@chuhak.com |
| Monette W Cope | Third Federal Savings & Loan Association of Cleveland | ecfnil@weltman.com |
| Stephen M Cramarosso | Multiple Defendants | smcramarosso@gmail.com |
| Jeffrey C Dan | Amari & Locallo | jeffd@goldmclaw.com |
| Shelly A. DeRousse | Dynasty Consulting I, LLC | sderousse@freeborn.com, bkdocketing@freeborn.com |
| Michael W Debre | Old Plank Trail Community Bank, N.A. f/k/a First National Bank | mdebre@chuhak.com, mdominguez@chuhak.com |
| John V Delgaudio, Jr | John Vito Del Gaudio | lawyerjohnd@icloud.com, lawyerjvd@gmail.com |
| John S. Delnero | Multiple Defendants | jdelnero@pedersenhoupt.com, koblazny@pedersenhoupt.com |
| Michael K Desmond | Multiple Defendants | mdesmond@fslegal.com, kokeefe@fslegal.com |
| Riccardo A. DiMonte | Benchmark Management Group Inc. | rdimonte@dimontelaw.com, msabovic@dimontelaw.com |
| Maria A Diakoumakis | Chase Bank USA N.A. | mdiakoumakis@dykema.com, DocketCH@dykema.com,bmederich@dykema.com |
| Bruce C. Dopke | Amalgamated Bank Of Chicago | bdopke@stahlcowen.com, bruce@dopkelaw.com |
| James M Dore | Chicago Property Management & Investment Inc. d/b/a Real F | jmdore70@sbcglobal.net |
| Sean Dore | Multiple Defendants | sean@duffindorelaw.com, lisa@duffindorelaw.com |
| Jamie Dowell | City of Chicago | jaime.dowell@cityofchicago.org |
| David R Doyle | Ronald R. Peterson, as Chapter 7 Trustee for Mack Industries, | ddoyle@foxrothschild.com, kjanecki@foxrothschild.com |
| Thomas W Drexler | ILAMAV LLC | td@drexlaw.com, drexler321@aol.com |
| Kevin C. Driscoll | Multiple Defendants | kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com |
| Edward Eberspacher | Riordan, Fulkerson, Hupert LLC | teberspacher@meyerlex.com |
| Michael M. Eidelman, ESQ | Tinley Park Associates, LLC | meidelman@vedderprice.com, ecfdocket@vedderprice.com;michael-eidelman-9405@ecf.pacerpro.com;7610@ecf.pacerpro.com |
| Thomas R. Fawkes | Multiple Defendants | thomas.fawkes@tuckerellis.com, brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com;brian.jackiw@tuckerellis.com |
| Tyler Ferguson | Citibank N.A. | tferguson@mayerbrown.com, courtnotification@mayerbrown.com |
| Richard H Fimoff | Multiple Defendants | rfimoff@rsplaw.com, jperez@rsplaw.com;fimoffrr89110@notify.bestcase.com |
| Robert M Fishman | Ronald R. Peterson, as Chapter 7 Trustee for Mack Industries, | rfishman@foxrothschild.com, kjanecki@foxrothschild.com |
| Chester H Foster, Jr. | Multiple Defendants | chf@fosterlegalservices.com, dbf@fosterlegalservices.com |
| Brandon R Freud | Republic Bank of Chicago | bfreud@chuhak.com, dburns@chuhak.com |
| Edward P. Freud | Republic Bank of Chicago | epfreud@rfbnlaw.com |
| Jonathan P Friedland | Dan Mosca Ins. Agency, Inc. | jfriedland@sfgh.com, bkdocket@sfgh.com |
| Kent A. Gaertner | Gabs Props Blue LLC | kent@pfeifferlawoffices.com, andrea@pfeifferlawoffices.com |
| Jeffrey L. Gansberg | Pan American Bank & Trust | jgansberg@muchshelist.com |
| Frances Gecker | Ronald R Peterson | fgecker@fgllp.com, csmith@fgllp.com |

| Name | Address1 | Address 2 | Addresss 3 | Address 4 |
|---|---|---|---|---|
| Charles Snyder | 242 Healy Avenue | Romeoville, IL 60446-1730 | | |
| Bounds and Family | c/o Timothy Bounds | 27450 S. Wildwood Dr., Apt. 2W | Monee, IL 60449 | |
| Bounds and Family | c/o Timothy Bounds | 747 Ashland Ave. | Chicago Heights, IL 60411 | |
| Platinum Properties Investor Network Inc. | c/o Jason Hartman, CEO | 4400 North Scottsdale Rd., #9-322 | Scottsdale, AZ 85251 | |
| Platinum Properties Investor Network Inc. | c/o Corporate Direct of California Inc. | Attn: Jasmine Sunga | 3305 El Camino Real | Palo Alto, CA 94306 |
| Fay's Point Town Home Condominium Association | c/o James R. Stevens | 30 S. Wacker Dr., Ste. 2600 | Chicago, IL 60606 | |
| Equity Trust, Custodian FBO Farrell Delman | c/o Micahel Dea | 1 Equity Way | Westlake, OH 44145 | |
| Equity Trust, Custodian FBO Farrell Delman | c/o George Sullivan, CEO | 1 Equity Way | Westlake, OH 44145 | |
| Mack Developers Inc. | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments I LLC | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments I LLC Fays Point Townhomes 1 Series | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments I LLC Fays Point Development Series | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments I LLC Fays Point Marina Series | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments I LLC Fays Point Townhomes II Series | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments I LLC 6441 S. Ellis Series | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments I LLC Cityscape Townhomes Series | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments I LLC Series 1365-67 River Road | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments II LLC | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments II LLC Series 183rd Street Commercial | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments II LLC Series 6820 Centennial Drive | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments II LLC Series 6787 159th Street | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments II, LLC Series 15285 State | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Investments II LLC Series 6800 Centennial | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |
| Mack Services LLC | c/o James Pittacora, R.A. | 200 W. Adams St., Suite 2500 | Chicago, IL 60606 | |