UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Chapter 7
)
Mack Industries, LTD, ) Case No. 17-09308
)
Debtor. )
)

## TRUSTEE'S NOTICE OF RESIGNATION

I, Ronald R. Peterson, hereby resign as trustee in the above-entitled case, subject to the approval of the United States Trustee, and respectfully report the following:

1. Within fifteen (15) days hereof, I will file with the court pursuant to 11 U.S.C. §§ 326 and 330(a) and Fed.R.Bankr.P.2016, if applicable, an application for compensation and/or reimbursement of expenses incurred in connection with my receipt and/or administration of property of the estate.

2. Within five (5) days of being notified of the appointment of a successor trustee, I will turn over the balance of any funds on hand and all financial records for this estate to such successor trustee.

I request this notice be approved and that I be discharged as trustee in this case.

DATED: November 23, 2021

_/s/ Ronald R. Peterson_
Ronald R. Peterson