UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-09308 |
| Mack Industries, Ltd., et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Granting Trustee's Application to Retain Jeffrey Paulsen and the Law Office of William J. Factor, Ltd.

This matter having been presented to the Court pursuant to the Trustee's Application to Retain Jeffrey Paulsen and The Law Office of William J. Factor, Ltd. (the "Application");

IT IS HEREBY ORDERED that the Application is granted as follows:

1. The Trustee is authorized to employ Jeffrey Paulsen and The Law Office of William J. Factor, Ltd., pursuant to 11 U.S.C. § 327(a), effective as of January 19, 2022, as her counsel, on an hourly basis with compensation of fees and reimbursement of expenses to be paid upon proper application to the Court.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 03, 2022

**Prepared by:**

Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com