Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: _____      Case Number: _____
       _____      Chapter: _____

Check which type of address change is being requested:

    Notice only        Payment only        Notice & Payment

Creditor's Name: _____

Enter related claim number(s) if any:      Dollar Amount:$

Previous Notice Address:                New Notice Address:

Previous Payment Address:              New Payment Address:

Change requested by:
(Printed name and title)
    Mailing Address

Creditor Phone Number:
Creditor Email Address:
    Signature and Date

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/26/24